**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Jennifer Kennedy Park (State Bar No. 344888)
jkpark@cgsh.com
1841 Page Mill Road, Suite 250
Palo Alto, CA  94304
Telephone: 650-815-4100

Victor L. Hou (*pro hac vice* application forthcoming)
vhou@cgsh.com
Jared Gerber (*pro hac vice* application forthcoming)
jgerber@cgsh.com
One Liberty Plaza
New York, NY  10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Attorneys for Defendants*
*Proterra Inc., Gareth T. Joyce, and Karina*
*Franco Padilla*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Other Similarly Situated, | Case No. 3:23-cv-03519-BLF |
| Plaintiff, | |
| -against- | **JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER REFLECTING THE ACCEPTANCE OF SERVICE OF PROCESS AND EXTENDING TIME TO RESPOND TO COMPLAINT** |
| PROTERRA INC., GARETH T. JOYCE, and KARINA FRANCO PADILLA, | |
| Defendants. | |

WHEREAS, on July 14, 2023, plaintiff Jeremy Villanueva ("Plaintiff") filed a putative class action complaint in this Court asserting claims pursuant to 15 U.S.C. §§ 78j(b) and 78t(a) of the Securities Exchange Act of 1934 (the

- 1 -

"Complaint") against the named Defendants Proterra Inc., Gareth T. Joyce, and Karina Franco Padilla (the "Defendants").

WHEREAS, Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendants, is authorized to and hereby does accept service of the Summons and Complaint herein on behalf of the Defendants.

WHEREAS, the complaints asserted in the Complaint in this action are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, which provides for a statutory procedure for the appointment by the Court of lead plaintiff(s), and the subsequent approval of lead counsel to represent the putative class.

WHEREAS, counsel for the parties believe that an answer or motion responding to the Complaint would be premature prior to the entry of any Order by the Court, pursuant to the PSLRA, appointing lead plaintiff(s) and approving lead counsel and the filing of an amended complaint or the designation of an operative complaint by the lead plaintiff(s).

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1.      Defendants shall not be required to answer or otherwise respond to the Complaint, and hereby are expressly relieved from answering or otherwise responding to the Complaint.

- 2 -

2.      Upon entry of an Order appointing lead plaintiff(s), the parties will cooperate in a timely manner to determine, subject to the approval of the Court, a schedule for the submission of any amended complaint (or designation of an operative pleading), as well as Defendants' response thereto.

3.      There have been no prior requests for an extension of time made in this matter.

4.      Nothing in this Stipulation shall be construed as a waiver of any defense available to Defendants, except as to sufficiency of service of process.

Stipulated and agreed to on this 4th day of August, 2023 by:

- 3 -

LEVI & KORSINSKY, LLP

/s/ *Adam. M. Apton*
Adam M. Apton (SBN 316506)
aapton@zlk.com
1160 Battery Street East, Suite 100
San Francisco, CA  94111
T: 415-373-1671

*Attorneys for Plaintiff*
  *Jeremy Villanueva*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Jennifer Kennedy Park*
Jennifer Kennedy Park (SBN 344888)
jkpark@cgsh.com
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304

Victor L. Hou (*pro hac vice* application forthcoming)
(vhou@cgsh.com)
Jared Gerber (*pro hac vice* application forthcoming*)*
jgerber@cgsh.com
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for Defendants*
  *Proterra Inc., Gareth T. Joyce,*
  *and Karina Franco Padilla*

**SO ORDERED:**

**BETH LABSON FREEMAN, U.S.D.J.**

Dated:  San Jose, California
            August 4  , 2023

- 4 -

## **FILER'S ATTESTATION**

I, Jennifer Kennedy Park, am the ECF User whose ID and password are being used to file this Joint Stipulation And Proposed Order Reflecting the Acceptance of Service of Process and Extending Time To Respond To Complaint. In compliance with Civil Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ Jennifer Kennedy Park

Jennifer Kennedy Park

- 5 -

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Jennifer Kennedy Park (State Bar No. 344888)
jkpark@cgsh.com
1841 Page Mill Road, Suite 250
Palo Alto, CA  94304
Telephone: 650-815-4100

Victor L. Hou (*pro hac vice* application forthcoming)
vhou@cgsh.com
Jared Gerber (*pro hac vice* application forthcoming)
jgerber@cgsh.com
One Liberty Plaza
New York, NY  10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Attorneys for Defendants*
*Proterra Inc., Gareth T. Joyce, and Karina*
*Franco Padilla*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Other Similarly Situated, <br><br> Plaintiff, <br><br> -against- <br><br> PROTERRA INC., GARETH T. JOYCE, and KARINA FRANCO PADILLA, <br><br> Defendants. | Case No. 3:23-cv-03519-BLF <br><br> **DECLARATION OF JENNIFER KENNEDY PARK IN SUPPORT OF JOINT STIPULATION AND PROPOSED ORDER REFLECTING THE ACCEPTANCE OF SERVICE OF PROCESS AND EXTENDING TIME TO RESPOND TO COMPLAINT** |

- 1 -

## DECLARATION OF JENNIFER KENNEDY PARK

1.    I am an attorney admitted to practice before this Court.  I am a partner in the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendants Proterra Inc., Gareth T. Joyce, and Karina Franco Padilla in the above-captioned matter.  I submit this declaration in support of the Joint Stipulation and Proposed Order Reflecting the Acceptance of Service of Process and Extending Time to Respond to Complaint.

2.    On July 14, 2023, Plaintiff filed a putative class action complaint in the above-captioned action.

3.    Counsel for the parties believe that an answer or motion responding to the Complaint would be premature prior to the entry of any Order appointing lead plaintiff(s) and approving lead counsel, and the filing of an amended complaint or the designation of an operative complaint by the lead plaintiff(s).

4.    There have been no prior requests for an extension of time made in this matter.

5.    Counsel for the parties will submit a scheduling stipulation to the Court no later than fourteen (14) days following the entry of the Court's Order appointing lead plaintiff(s) and approving lead counsel.  The parties agree that the requested time modification should have no adverse effect on the schedule for the case.  The parties further agree that the requested brief extension will not prejudice any party to this litigation.

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 4, 2023, in Palo Alto, California.

By: /s/ *Jennifer Kennedy Park*_____

Jennifer Kennedy Park
Attorney for Defendants
Proterra Inc., Gareth T. Joyce,
and Karina Franco Padilla

- 3 -

KENNEDY PARK DECLARATION ISO JOINT STIPULATION AND PROPOSED ORDER REFLECTING THE ACCEPTANCE OF SERVICE OF PROCESS AND EXTENDING TIME TO RESPOND TO COMPLAINT; CASE NO. 3:23-CV-03519-BLF