**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for*
*Co-Lead Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PROTERRA, INC., GARETH T. JOYCE, and KARINA FRANCO PADILLA,<br><br>Defendants. | Case No. 5:23-cv-03519-BLF<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANTS MICHAEL WADE AND LINDA WADE FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Judge: Beth Labson Freeman<br>Hearing: October 19, 2023<br>Time: 9:00am<br>Ctrm: Courtroom 3, 5th Floor (San Jose) |
| TANYA TIRADO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PROTERRA INC., GARETH T. JOYCE, KARINA FRANCO PADILLA, and AMY E. ARD,<br><br>Defendants. | Case No. 5:23-cv-04528-PCP<br><br>Judge: P. Casey Pitts<br><br><u>CLASS ACTION</u> |

1

I, Laurence M. Rosen, declare:

1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., attorneys for movants Michael Wade and Linda Wade ("Movants"). I make this declaration in support of Movants' motion for appointment as Co-Lead Plaintiffs and approval of Movants' choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    Movants' PSLRA certification;

Exhibit 3:    Movants' loss chart;

Exhibit 4:    The firm resume of The Rosen Law Firm, P.A.;

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed September 12, 2023.

**THE ROSEN LAW FIRM, P.A.**

*/s/Laurence M. Rosen*
Laurence M. Rosen, Esq. (SBN #219683)

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANTS MICHAEL WADE AND LINDA WADE FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF COUNSEL –
3:23-cv-03519-BLF

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On September 12, 2023, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANTS MICHAEL WADE AND LINDA WADE FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 12, 2023.

*/s/Laurence M. Rosen*
Laurence M. Rosen

3

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANTS MICHAEL WADE AND LINDA WADE FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF COUNSEL – 3:23-cv-03519-BLF