# Exhibit 1



NEWSROOM    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER



# INVESTOR ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Proterra Inc. Securities and Sets a Lead Plaintiff Deadline of September 12, 2023

July 14, 2023 17:08 ET| Source: **Levi & Korsinsky, LLP**    Follow

## Company Profile

Levi & Korsinsky, LLP

**Headquarters:** New York, New York, UNITED STATES

**Website:**
https://zlk.com

## Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

**Share**



NEW YORK, July 14, 2023 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Proterra Inc. ("Proterra" or the "Company") (NASDAQ: PTRA) between August 2, 2022 to March 15, 2023, inclusive. You are hereby notified** that the class action lawsuit *Jeremy Villanueva v. Proterra Inc., et al* (Case No. 3:23-cv-03519) has been commenced in the United States District Court for the Northern District of California. To get more information **go to:**

https://zlk.com/pslra-1/proterra-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at

We use cookies to improve your GlobeNewswire experience. By continuing, you agree to our use of cookies. For more information, please see our **Privacy Policy**.

ACCEPT

concern" clause. The financial issues stemmed from an increase

Case 5:23-cv-03519-EKL Document 18-1 Filed 09/12/23 Page 3 of 3



substantially dropped from $2.51 per share to $1.16 per share, eliminating approximately $118 million in market capitalization in one day.

The complaint alleges that defendants made false and/or misleading statements and/or failed to disclose that: (i) the Company repeatedly stated the $523 on their balance sheet meant the company had abundant liquidity and financial stability; and, (ii) the new factory in Greer, South Carolina would continue to improve production efficiency and gross margins.

**If you suffered a loss in Proterra securities, you have until September 12, 2023** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

55 Broadway, Suite #427

New York, NY 10006

jlevi@levikorsinsky.com

We use cookies to improve your GlobeNewswire experience. By continuing, you agree to our use of cookies. For more information, please see our **Privacy Policy**.