# Exhibit 3

**Proterra Inc. Loss Chart**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $1.28 / Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account 1** | Opening Position | 18,000 | | | 12/28/2022 | 500 | $3.60 | $1,800.20 | | | | |
| | 12/20/2022 | 500 | ($4.2800) | ($2,140.00) | 3/24/2023 | 2000 | $1.50 | $3,009.07 | | | | |
| | 12/22/2022 | 500 | ($4.1188) | ($2,059.38) | 3/24/2023 | 18,000 | Matched to opening position | | | | | |
| | 12/28/2022 | 500 | ($3.6280) | ($1,814.00) | | | | | | | | |
| | 3/7/2023 | 1,000 | ($3.2599) | ($3,259.90) | | | | | | | | |
| | | 2,500 | | ($9,273.28) | | 2,500 | | $4,809.27 | 0 | $0.00 | ($4,464.01) | |
| | | | | | | | | | | | | |
| **Account 2** | Opening Position | 7,000 | | | 3/24/2023 | 38,000 | $1.52 | $57,810.84 | | | | |
| | 3/29/2022 | 1,000 | ($7.1299) | ($7,129.90) | 3/24/2023 | 7,000 | Matched to opening position | | | | | |
| | 4/6/2022 | 1,000 | ($6.8900) | ($6,890.00) | | | | | | | | |
| | 4/7/2022 | 1,000 | ($6.7950) | ($6,795.00) | | | | | | | | |
| | 4/28/2022 | 500 | ($6.1285) | ($3,064.25) | | | | | | | | |
| | 4/28/2022 | 500 | ($6.1300) | ($3,065.00) | | | | | | | | |
| | 5/11/2022 | 500 | ($4.9700) | ($2,485.00) | | | | | | | | |
| | 5/11/2022 | 500 | ($4.9600) | ($2,480.00) | | | | | | | | |
| | 5/11/2022 | 500 | ($4.9500) | ($2,475.00) | | | | | | | | |
| | 5/11/2022 | 500 | ($4.9484) | ($2,474.20) | | | | | | | | |
| | 5/11/2022 | 500 | ($4.9469) | ($2,473.46) | | | | | | | | |
| | 5/11/2022 | 500 | ($4.9586) | ($2,479.30) | | | | | | | | |
| | 5/11/2022 | 500 | ($4.9600) | ($2,480.00) | | | | | | | | |
| | 5/11/2022 | 500 | ($4.9590) | ($2,479.50) | | | | | | | | |
| | 6/28/2022 | 200 | ($4.8589) | ($971.78) | | | | | | | | |
| | 6/28/2022 | 200 | ($4.8600) | ($972.00) | | | | | | | | |
| | 6/28/2022 | 200 | ($4.8550) | ($971.00) | | | | | | | | |
| | 6/28/2022 | 200 | ($4.8600) | ($972.00) | | | | | | | | |
| | 6/28/2022 | 200 | ($4.8600) | ($972.00) | | | | | | | | |
| | 7/13/2022 | 500 | ($4.6696) | ($2,334.80) | | | | | | | | |
| | 7/13/2022 | 500 | ($4.6691) | ($2,334.55) | | | | | | | | |
| | 7/13/2022 | 500 | ($4.6700) | ($2,335.00) | | | | | | | | |
| | 7/13/2022 | 500 | ($4.6600) | ($2,330.00) | | | | | | | | |
| | 7/13/2022 | 500 | ($4.6691) | ($2,334.55) | | | | | | | | |
| | 7/13/2022 | 500 | ($4.6691) | ($2,334.55) | | | | | | | | |
| | 7/13/2022 | 500 | ($4.6686) | ($2,334.30) | | | | | | | | |
| | 7/13/2022 | 500 | ($4.6700) | ($2,335.00) | | | | | | | | |
| | 7/27/2022 | 500 | ($4.5500) | ($2,275.00) | | | | | | | | |
| | 7/27/2022 | 500 | ($4.5200) | ($2,260.00) | | | | | | | | |
| | 7/27/2022 | 500 | ($4.5500) | ($2,275.00) | | | | | | | | |
| | 7/27/2022 | 500 | ($4.5292) | ($2,264.60) | | | | | | | | |
| | 9/19/2022 | 1,000 | ($5.5499) | ($5,549.90) | | | | | | | | |
| | 9/19/2022 | 1,000 | ($5.5400) | ($5,540.00) | | | | | | | | |
| | 9/19/2022 | 1,000 | ($5.5200) | ($5,520.00) | | | | | | | | |
| | 9/21/2022 | 500 | ($5.3500) | ($2,675.00) | | | | | | | | |
| | 9/21/2022 | 500 | ($5.3491) | ($2,674.55) | | | | | | | | |
| | 9/21/2022 | 500 | ($5.3491) | ($2,674.55) | | | | | | | | |
| | 9/21/2022 | 500 | ($5.3491) | ($2,674.55) | | | | | | | | |
| | 9/21/2022 | 500 | ($5.3000) | ($2,650.00) | | | | | | | | |
| | 9/21/2022 | 500 | ($5.2979) | ($2,648.97) | | | | | | | | |
| | 10/12/2022 | 500 | ($4.7396) | ($2,369.80) | | | | | | | | |
| | 10/12/2022 | 500 | ($4.7150) | ($2,357.50) | | | | | | | | |
| | 10/12/2022 | 500 | ($4.7400) | ($2,370.00) | | | | | | | | |
| | 10/12/2022 | 500 | ($4.7200) | ($2,360.00) | | | | | | | | |
| | 11/22/2022 | 500 | ($5.6188) | ($2,809.40) | | | | | | | | |
| | 11/22/2022 | 500 | ($5.6500) | ($2,825.00) | | | | | | | | |
| | 11/22/2022 | 500 | ($5.6480) | ($2,824.00) | | | | | | | | |
| | 11/22/2022 | 500 | ($5.6500) | ($2,825.00) | | | | | | | | |
| | 11/28/2022 | 500 | ($5.4392) | ($2,719.60) | | | | | | | | |
| | 12/5/2022 | 500 | ($5.3000) | ($2,650.00) | | | | | | | | |
| | 12/5/2022 | 500 | ($5.3079) | ($2,653.95) | | | | | | | | |
| | 12/5/2022 | 500 | ($5.3100) | ($2,655.00) | | | | | | | | |
| | 12/6/2022 | 500 | ($5.0694) | ($2,534.70) | | | | | | | | |
| | 12/6/2022 | 500 | ($5.0700) | ($2,535.00) | | | | | | | | |
| | 12/15/2022 | 500 | ($4.5850) | ($2,292.50) | | | | | | | | |
| | 12/15/2022 | 500 | ($4.5897) | ($2,294.85) | | | | | | | | |
| | 12/15/2022 | 500 | ($4.5900) | ($2,295.00) | | | | | | | | |
| | 12/15/2022 | 500 | ($4.5891) | ($2,294.55) | | | | | | | | |
| | 12/15/2022 | 500 | ($4.5900) | ($2,294.99) | | | | | | | | |
| | 12/15/2022 | 500 | ($4.5900) | ($2,295.00) | | | | | | | | |
| | 12/20/2022 | 500 | ($4.2800) | ($2,140.00) | | | | | | | | |
| | 12/20/2022 | 500 | ($4.2796) | ($2,139.80) | | | | | | | | |
| | 12/20/2022 | 500 | ($4.2788) | ($2,139.40) | | | | | | | | |
| | 12/22/2022 | 500 | ($4.1200) | ($2,060.00) | | | | | | | | |
| | 12/22/2022 | 500 | ($4.1200) | ($2,060.00) | | | | | | | | |
| | 12/22/2022 | 500 | ($4.1200) | ($2,060.00) | | | | | | | | |
| | 12/27/2022 | 500 | ($3.8700) | ($1,935.00) | | | | | | | | |
| | 12/27/2022 | 500 | ($3.8690) | ($1,934.50) | | | | | | | | |
| | 12/28/2022 | 500 | ($3.6100) | ($1,805.00) | | | | | | | | |
| | 12/28/2022 | 500 | ($3.6080) | ($1,804.00) | | | | | | | | |
| | 3/7/2023 | 1,000 | ($3.2591) | ($3,259.10) | | | | | | | | |
| | 3/7/2023 | 1,000 | ($3.2586) | ($3,258.60) | | | | | | | | |
| | | 38,000 | | ($188,835.50) | | 38,000 | | $57,810.84 | 0 | $0.00 | ($131,024.65) | |
| | | | | | | | | | | **Total** | ($135,488.66) | |