Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movants Melih Karamikoglu and Ilker Karakaya and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PROTERRA INC., GARETH T. JOYCE, and KARINA FRANCO PADILLA, <br><br> Defendants. | Case No. 3:23-cv-00071-SI <br><br> **DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF MELIH KARAMIKOGLU AND ILKER KARAKAYA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| TANYA TIRADO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PROTERRA INC., GARETH T. JOYCE, KARINA FRANCO PADILLA, and AMY E. ARD, <br><br> Defendants. | Case No. 5:23-cv-04528-PCP |

DECLARATION OF CHARLES H. LINEHAN
Case No. 5:23-cv-03519-BLF

I, Charles H. Linehan, declare as follows:

1.      I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movants Melih Karamikoglu and Ilker Karakaya ("Karamikoglu and Karakaya") and proposed lead counsel for the class in the above-captioned actions. I make this declaration in support of Karamikoglu and Karakaya' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published in *Globe Newswire* on July 14, 2023, announcing the pendency of the first action against the Defendants herein;

Exhibit B:    Signed PSLRA Certifications of Melih Karamikoglu and Ilker Karakaya, and Assignment Agreement;

Exhibit C:    Analyses of Karamikoglu and Karakaya's financial interest;

Exhibit D:    Joint Declaration of Melih Karamikoglu and Ilker Karakaya in Support of Their Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel; and

Exhibit E:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of September 2023, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 5:23-cv-03519-BLF

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On September 12, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 12, 2023, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 5:23-cv-03519-BLF