# EXHIBIT A



*Source:* Levi & Korsinsky, LLP

*July 14, 2023 17:08 ET*

## INVESTOR ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Proterra Inc. Securities and Sets a Lead Plaintiff Deadline of September 12, 2023

NEW YORK, July 14, 2023 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Proterra Inc. ("Proterra" or the "Company") (NASDAQ: PTRA) between August 2, 2022 to March 15, 2023, inclusive. You are hereby notified** that the class action lawsuit *Jeremy Villanueva v. Proterra Inc., et al* (Case No. 3:23-cv-03519) has been commenced in the United States District Court for the Northern District of California. To get more information **go to:**

[https://zlk.com/pslra-1/proterra-lawsuit-submission-form](https://zlk.com/pslra-1/proterra-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

On March 15, 2023, Proterra announced their quarterly earnings. In that announcement, the Company stated they were in violation of a liquidity clause in their secured convertible notes and that they may have to qualify an audit report with a "going concern" clause. The financial issues stemmed from an increase in cash burn because of a decrease in gross margin and an increase in accounts receivable during the relevant quarter. In response to the announcement, Proterra's stock price substantially dropped from $2.51 per share to $1.16 per share, eliminating approximately $118 million in market capitalization in one day.

The complaint alleges that defendants made false and/or misleading statements and/or failed to disclose that: (i) the Company repeatedly stated the $523 on their balance sheet meant the company had abundant liquidity and financial stability; and, (ii) the new factory in Greer, South Carolina would continue to improve production efficiency and gross margins.

**If you suffered a loss in Proterra securities, you have until September 12, 2023** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
55 Broadway, Suite #427
New York, NY 10006
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com