# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**

**PROTERRA INC. SECURITIES LITIGATION**

I, Melih Karamikoglu, certify that:

1.   I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of a lead plaintiff motion on my behalf.

2.   I did not purchase the Proterra Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.   I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.   My transactions in Proterra Inc. securities during the Class Period set forth in the Complaint are as follows:

     (See attached transactions)

5.   I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.   I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

9/11/2023
_____
Date

_____
Melih Karamikoglu

**SWORN CERTIFICATION OF PLAINTIFF**

**PROTERRA INC. SECURITIES LITIGATION**

I, Ilker Karakaya, certify that:

1.      I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of a lead plaintiff motion on my behalf.

2.      I did not purchase the Proterra Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.      I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.      My transactions in Proterra Inc. securities during the Class Period set forth in the Complaint are as follows:

        (See attached transactions)

5.      I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:


6.      I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.


I declare under penalty of perjury that the foregoing are true and correct statements.


9/11/2023
_____                    _____
        Date                                                    Ilker Karakaya

**Melih Karamikoglu & Ilker Karakaya's Transactions in Proterra Inc. (PTRA)**

**Selma Karakaya Individual Account**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/12/2021 | Bought | 8,704 | $11.4887 |
| 8/13/2021 | Bought | 4,245 | $10.6000 |
| 8/23/2021 | Bought | 10,500 | $9.6128 |
| 8/30/2021 | Bought | 4,500 | $10.4500 |
| 8/30/2021 | Bought | 51 | $10.3000 |
| 11/12/2021 | Sold | -3,000 | $12.1512 |
| 11/16/2021 | Sold | -2,500 | $12.5300 |
| 11/24/2021 | Sold | -5,000 | $11.0527 |
| 11/26/2021 | Sold | -17,500 | $11.0942 |
| 11/30/2021 | Bought | 10,000 | $10.9410 |
| 12/6/2021 | Bought | 5,000 | $9.3200 |
| 12/6/2021 | Bought | 1,000 | $9.1957 |
| 12/6/2021 | Bought | 4,000 | $9.1500 |
| 12/6/2021 | Bought | 1,000 | $9.1000 |
| 12/6/2021 | Bought | 2,000 | $9.3000 |
| 2/24/2022 | Sold | -5,000 | $7.9734 |
| 3/1/2022 | Bought | 5,000 | $8.2000 |

**Ilker Karakaya Individual Account**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/18/2021 | Transfer to Joint Account | -1,000 | $0.0000 |
| 8/19/2021 | Transfer to Joint Account | -4,000 | $0.0000 |
| 10/5/2021 | Bought | 100 | $9.5400 |
| 10/6/2021 | Bought | 100 | $9.1099 |
| 10/6/2021 | Bought | 100 | $9.1199 |
| 10/6/2021 | Bought | 100 | $9.1199 |
| 10/6/2021 | Bought | 100 | $9.1000 |
| 10/11/2021 | Bought | 100 | $9.1100 |
| 10/11/2021 | Bought | 100 | $9.1037 |
| 10/11/2021 | Bought | 100 | $9.1082 |
| 10/11/2021 | Bought | 50 | $9.1099 |
| 10/18/2021 | Bought | 150 | $9.5799 |
| 10/21/2021 | Bought | 100 | $9.6900 |
| 10/28/2021 | Bought | 100 | $10.9800 |
| 10/28/2021 | Bought | 100 | $10.9700 |
| 10/28/2021 | Bought | 100 | $10.9799 |
| 10/28/2021 | Bought | 100 | $10.9684 |
| 10/28/2021 | Bought | 50 | $11.0000 |
| 11/5/2021 | Bought | 300 | $10.9899 |

| Date | Transaction Type | Quantity | Unit Price |
| --- | --- | --- | --- |
| 11/5/2021 | Bought | 50 | $10.8189 |
| 11/5/2021 | Bought | 100 | $10.8399 |
| 12/14/2021 | Bought | 1,000 | $8.9893 |
| 12/14/2021 | Bought | 1,000 | $8.9899 |
| 12/14/2021 | Bought | 1,000 | $8.9799 |
| 12/15/2021 | Bought | 1,000 | $9.0000 |
| 12/17/2021 | Bought | 500 | $8.9600 |
| 12/20/2021 | Transfer to Joint Account | -5,000 | $0.0000 |
| 12/20/2021 | Bought | 500 | $8.3685 |
| 12/29/2021 | Bought | 1,000 | $8.7299 |
| 12/29/2021 | Bought | 1,000 | $8.7599 |
| 12/29/2021 | Bought | 1,000 | $8.7587 |
| 12/29/2021 | Bought | 130 | $8.7700 |
| 12/29/2021 | Bought | 870 | $8.7699 |
| 12/30/2021 | Transfer to Joint Account | -7,000 | $0.0000 |
| 12/31/2021 | Transfer to Joint Account | -4,000 | $0.0000 |
| 4/6/2022 | Bought | 1,000 | $6.8999 |
| 4/6/2022 | Bought | 1,000 | $6.8590 |
| 4/6/2022 | Bought | 1,000 | $6.8399 |
| 4/6/2022 | Bought | 1,000 | $6.8399 |
| 4/6/2022 | Bought | 1,000 | $6.8399 |
| 4/6/2022 | Bought | 1,000 | $6.8399 |
| 4/6/2022 | Bought | 1,000 | $6.8400 |
| 4/6/2022 | Bought | 1,000 | $6.8299 |
| 4/6/2022 | Bought | 1,000 | $6.8287 |
| 4/6/2022 | Bought | 1,000 | $6.8399 |
| 4/11/2022 | Bought | 10,000 | $6.9000 |
| 4/18/2022 | Bought | 1,000 | $6.6494 |
| 4/18/2022 | Bought | 1,000 | $6.6499 |
| 4/18/2022 | Bought | 3,000 | $6.6499 |
| 4/18/2022 | Bought | 1,000 | $6.5999 |
| 4/18/2022 | Bought | 3,700 | $6.6000 |
| 4/18/2022 | Bought | 300 | $6.5999 |
| 4/19/2022 | Bought | 885 | $6.6500 |
| 4/19/2022 | Bought | 9,115 | $6.6301 |
| 4/22/2022 | Bought | 3,000 | $6.5796 |
| 4/22/2022 | Bought | 2,000 | $6.5699 |
| 4/22/2022 | Bought | 1,000 | $6.5670 |
| 4/22/2022 | Bought | 1,000 | $6.5686 |
| 4/22/2022 | Bought | 1,000 | $6.5299 |
| 4/22/2022 | Bought | 1,000 | $6.5299 |
| 4/22/2022 | Bought | 1,000 | $6.5299 |
| 4/22/2022 | Bought | 1,000 | $6.5599 |
| 4/22/2022 | Bought | 1,000 | $6.5499 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/22/2022 | Bought | 1,000 | $6.5299 |
| 4/22/2022 | Bought | 1,000 | $6.5399 |
| 4/22/2022 | Bought | 1,000 | $6.5399 |
| 4/25/2022 | Bought | 946 | $6.4900 |
| 4/25/2022 | Bought | 14,054 | $6.5000 |
| 5/9/2022 | Bought | 1,000 | $5.4299 |
| 5/9/2022 | Bought | 2,000 | $5.4299 |
| 5/9/2022 | Bought | 1,000 | $5.4299 |
| 5/9/2022 | Bought | 1,000 | $5.4287 |
| 5/9/2022 | Bought | 1,200 | $5.4295 |
| 5/9/2022 | Bought | 1,300 | $5.4299 |
| 5/9/2022 | Bought | 1,500 | $5.4199 |
| 5/9/2022 | Bought | 1,000 | $5.4199 |
| 5/9/2022 | Bought | 2,000 | $5.4300 |
| 5/9/2022 | Bought | 1,000 | $5.4414 |
| 5/9/2022 | Bought | 800 | $5.4401 |
| 5/9/2022 | Bought | 800 | $5.4303 |
| 5/16/2022 | Transfer to Joint Account | -5,400 | $0.0000 |
| 12/14/2022 | Bought | 60 | $4.8299 |
| 1/6/2023 | Bought | 1,000 | $3.6589 |
| 1/6/2023 | Bought | 1,000 | $3.6599 |
| 1/6/2023 | Bought | 1,000 | $3.6589 |
| 1/6/2023 | Bought | 1,000 | $3.6593 |
| 1/6/2023 | Bought | 1,000 | $3.6589 |
| 1/6/2023 | Bought | 1,000 | $3.6588 |
| 1/6/2023 | Bought | 1,000 | $3.6599 |
| 1/6/2023 | Bought | 1,000 | $3.6600 |
| 1/6/2023 | Bought | 2,000 | $3.6600 |
| 3/1/2023 | Sold | -400 | $4.1000 |
| 3/1/2023 | Sold | -1,700 | $4.0901 |
| 3/1/2023 | Sold | -1,700 | $4.0910 |
| 3/1/2023 | Sold | -1,700 | $4.0901 |
| 3/1/2023 | Sold | -4,560 | $4.0901 |
| 3/16/2023 | Bought | 500 | $1.3699 |
| 3/16/2023 | Bought | 500 | $1.3699 |
| 3/16/2023 | Bought | 500 | $1.3600 |
| 3/16/2023 | Bought | 500 | $1.4099 |
| 3/16/2023 | Bought | 500 | $1.4050 |
| 3/16/2023 | Bought | 500 | $1.4082 |
| 3/16/2023 | Bought | 500 | $1.4099 |
| 3/21/2023 | Transfer to Joint Account | -3,500 | $0.0000 |
| 5/16/2023 | Bought | 8,000 | $1.2185 |
| 5/16/2023 | Bought | 2,000 | $1.2199 |
| 5/16/2023 | Bought | 1,000 | $1.2199 |

**Melih Karamikoglu & Ilker Karakaya Joint Account**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 8/18/2021 | Transfer from Ilker Individual Account | 1,000 | $0.0000 |
| 8/19/2021 | Transfer from Ilker Individual Account | 4,000 | $0.0000 |
| 12/20/2021 | Transfer from Ilker Individual Account | 5,000 | $0.0000 |
| 12/30/2021 | Transfer from Ilker Individual Account | 7,000 | $0.0000 |
| 12/31/2021 | Transfer from Ilker Individual Account | 4,000 | $0.0000 |
| 2/24/2022 | Sold | -1,000 | $7.7701 |
| 2/24/2022 | Sold | -1,000 | $7.8300 |
| 2/24/2022 | Sold | -1,000 | $7.7000 |
| 2/24/2022 | Bought | 3,000 | $7.7600 |
| 5/16/2022 | Transfer from Ilker Individual Account | 5,400 | $0.0000 |
| 1/17/2023 | Sold | -1,000 | $4.9001 |
| 1/17/2023 | Sold | -24 | $4.9050 |
| 1/17/2023 | Sold | -176 | $4.9002 |
| 1/17/2023 | Sold | -1,800 | $4.9001 |
| 1/17/2023 | Sold | -1,000 | $4.8801 |
| 1/17/2023 | Sold | -2,000 | $4.8850 |
| 1/17/2023 | Sold | -882 | $4.8850 |
| 1/17/2023 | Sold | -2,418 | $4.8807 |
| 1/17/2023 | Sold | -1,700 | $4.8801 |
| 1/17/2023 | Sold | -5,000 | $4.8850 |
| 1/17/2023 | Sold | -126 | $4.8850 |
| 1/17/2023 | Sold | -516 | $4.8802 |
| 1/17/2023 | Sold | -1,034 | $4.8801 |
| 1/17/2023 | Sold | -8 | $4.8800 |
| 1/17/2023 | Sold | -5,000 | $4.8700 |
| 1/17/2023 | Sold | -3,717 | $4.8750 |
| 1/17/2023 | Sold | -1,283 | $4.8702 |
| 1/17/2023 | Sold | -9 | $4.8750 |
| 1/17/2023 | Sold | -200 | $4.8710 |
| 1/17/2023 | Sold | -642 | $4.8701 |
| 1/17/2023 | Sold | -209 | $4.8700 |
| 1/17/2023 | Sold | -5,000 | $4.8601 |
| 1/17/2023 | Sold | -1,746 | $4.8650 |
| 1/17/2023 | Sold | -3,254 | $4.8601 |
| 1/17/2023 | Sold | -23 | $4.8550 |
| 1/17/2023 | Sold | -200 | $4.8510 |
| 1/17/2023 | Sold | -2,875 | $4.8500 |
| 1/17/2023 | Sold | -4,558 | $4.8401 |
| 3/16/2023 | Bought | 500 | $1.2685 |
| 3/16/2023 | Bought | 500 | $1.2699 |
| 3/16/2023 | Bought | 500 | $1.2685 |
| 3/16/2023 | Bought | 500 | $1.2393 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/16/2023 | Bought | 500 | $1.2300 |
| 3/16/2023 | Bought | 500 | $1.2100 |
| 3/16/2023 | Bought | 500 | $1.2100 |
| 3/16/2023 | Bought | 500 | $1.2100 |
| 3/16/2023 | Bought | 500 | $1.1900 |
| 3/16/2023 | Bought | 500 | $1.1300 |
| 3/16/2023 | Bought | 100 | $1.1200 |
| 3/16/2023 | Bought | 500 | $1.1200 |
| 3/16/2023 | Bought | 100 | $1.1199 |
| 3/16/2023 | Bought | 500 | $1.1100 |
| 3/16/2023 | Bought | 500 | $1.0900 |
| 3/16/2023 | Bought | 295 | $1.1200 |
| 3/16/2023 | Bought | 5 | $1.2698 |
| 3/16/2023 | Bought | 500 | $1.2494 |
| 3/16/2023 | Bought | 500 | $1.2799 |
| 3/16/2023 | Bought | 200 | $1.2899 |
| 3/16/2023 | Bought | 500 | $1.2998 |
| 3/16/2023 | Bought | 300 | $1.2999 |
| 3/16/2023 | Bought | 500 | $1.3198 |
| 3/16/2023 | Bought | 500 | $1.3286 |
| 3/16/2023 | Bought | 500 | $1.3299 |
| 3/16/2023 | Bought | 500 | $1.3286 |
| 3/16/2023 | Bought | 500 | $1.3299 |
| 3/16/2023 | Bought | 500 | $1.2900 |
| 3/16/2023 | Bought | 500 | $1.2800 |
| 3/16/2023 | Bought | 500 | $1.2893 |
| 3/16/2023 | Bought | 100 | $1.1800 |
| 3/16/2023 | Bought | 500 | $1.1800 |
| 3/16/2023 | Bought | 500 | $1.1800 |
| 3/16/2023 | Bought | 200 | $1.2383 |
| 3/16/2023 | Bought | 500 | $1.2200 |
| 3/16/2023 | Bought | 500 | $1.1999 |
| 3/16/2023 | Bought | 500 | $1.1800 |
| 3/16/2023 | Bought | 500 | $1.1785 |
| 3/16/2023 | Bought | 500 | $1.1899 |
| 3/16/2023 | Bought | 500 | $1.2299 |
| 3/16/2023 | Bought | 500 | $1.2299 |
| 3/16/2023 | Bought | 500 | $1.2099 |
| 3/16/2023 | Bought | 500 | $1.2082 |
| 3/16/2023 | Bought | 500 | $1.1999 |
| 3/16/2023 | Bought | 500 | $1.1900 |
| 3/16/2023 | Bought | 500 | $1.1701 |
| 3/16/2023 | Bought | 500 | $1.1785 |
| 3/16/2023 | Bought | 500 | $1.1700 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/16/2023 | Bought | 500 | $1.1791 |
| 3/16/2023 | Bought | 500 | $1.1700 |
| 3/16/2023 | Bought | 500 | $1.1700 |
| 3/16/2023 | Bought | 500 | $1.1799 |
| 3/16/2023 | Bought | 500 | $1.1700 |
| 3/16/2023 | Bought | 1,000 | $1.1600 |
| 3/16/2023 | Bought | 500 | $1.1782 |
| 3/16/2023 | Bought | 500 | $1.1700 |
| 3/16/2023 | Bought | 500 | $1.1700 |
| 3/16/2023 | Bought | 500 | $1.1799 |
| 3/16/2023 | Bought | 500 | $1.1793 |
| 3/16/2023 | Bought | 500 | $1.1700 |
| 3/16/2023 | Bought | 500 | $1.1799 |
| 3/16/2023 | Bought | 500 | $1.1799 |
| 3/16/2023 | Bought | 500 | $1.1799 |
| 3/16/2023 | Bought | 500 | $1.1793 |
| 3/16/2023 | Bought | 500 | $1.1700 |
| 3/16/2023 | Bought | 500 | $1.1600 |
| 3/16/2023 | Bought | 500 | $1.1684 |
| 3/16/2023 | Bought | 500 | $1.1696 |
| 3/16/2023 | Bought | 500 | $1.1684 |
| 3/16/2023 | Bought | 500 | $1.1799 |
| 3/16/2023 | Bought | 500 | $1.1799 |
| 3/16/2023 | Bought | 700 | $1.1798 |
| 3/16/2023 | Bought | 500 | $1.1799 |
| 3/16/2023 | Bought | 500 | $1.1799 |
| 3/16/2023 | Bought | 500 | $1.1782 |
| 3/16/2023 | Bought | 500 | $1.1799 |
| 3/16/2023 | Bought | 500 | $1.1792 |
| 3/16/2023 | Bought | 500 | $1.1799 |
| 3/16/2023 | Bought | 500 | $1.1600 |
| 3/16/2023 | Bought | 500 | $1.1699 |
| 3/16/2023 | Bought | 100 | $1.1600 |
| 3/16/2023 | Bought | 100 | $1.1600 |
| 3/16/2023 | Bought | 100 | $1.1600 |
| 3/16/2023 | Bought | 500 | $1.1600 |
| 3/16/2023 | Bought | 500 | $1.1600 |
| 3/16/2023 | Bought | 200 | $1.1700 |
| 3/17/2023 | Bought | 500 | $1.1600 |
| 3/17/2023 | Bought | 100 | $1.1600 |
| 3/17/2023 | Bought | 6,400 | $1.2097 |
| 3/21/2023 | Transfer from Ilker Individual Account | 3,500 | $0.0000 |
| 5/2/2023 | Sold | -3,400 | $1.2101 |
| 5/2/2023 | Sold | -3,400 | $1.2150 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/2/2023 | Sold | -5,000 | $1.2200 |
| 5/2/2023 | Sold | -7,000 | $1.2301 |
| 5/2/2023 | Sold | -12,000 | $1.2401 |
| 5/2/2023 | Sold | -2,500 | $1.2301 |
| 5/2/2023 | Sold | -1,300 | $1.2301 |
| 5/2/2023 | Sold | -1,300 | $1.2307 |
| 5/2/2023 | Sold | -2,500 | $1.2301 |
| 5/2/2023 | Sold | -2,700 | $1.2301 |
| 5/2/2023 | Sold | -2,500 | $1.2307 |
| 5/2/2023 | Sold | -2,300 | $1.2400 |
| 5/2/2023 | Sold | -4,100 | $1.2508 |
| 5/26/2023 | Bought | 9,000 | $1.1399 |
| 5/31/2023 | Bought | 5,000 | $1.0800 |
| 5/31/2023 | Bought | 1,000 | $1.0800 |
| 6/5/2023 | Bought | 5,000 | $1.1099 |
| 6/5/2023 | Bought | 5,000 | $1.1096 |
| 6/5/2023 | Bought | 5,000 | $1.1099 |
| 6/5/2023 | Bought | 4,370 | $1.1099 |
| 6/5/2023 | Bought | 630 | $1.1090 |
| 6/5/2023 | Bought | 5,000 | $1.1099 |
| 6/23/2023 | Bought | 7,500 | $1.1199 |
| 6/23/2023 | Bought | 5,000 | $1.1200 |
| 6/23/2023 | Bought | 7,500 | $1.1199 |
| 6/23/2023 | Bought | 10,000 | $1.1200 |
| 6/23/2023 | Bought | 1,000 | $1.1199 |
| 6/23/2023 | Bought | 1,000 | $1.1199 |
| 6/23/2023 | Bought | 1,000 | $1.1150 |
| 6/23/2023 | Bought | 500 | $1.1183 |
| 6/23/2023 | Sold | -500 | $1.1200 |
| 6/23/2023 | Sold | -3,000 | $1.1212 |
| 7/13/2023 | Sold | -1,000 | $1.3550 |
| 7/13/2023 | Sold | -2,318 | $1.3500 |
| 7/13/2023 | Sold | -1,000 | $1.3601 |
| 7/13/2023 | Sold | -1,000 | $1.3510 |
| 7/13/2023 | Sold | -2,000 | $1.3501 |
| 7/13/2023 | Sold | -2,000 | $1.3600 |
| 7/13/2023 | Sold | -3,000 | $1.3514 |
| 7/13/2023 | Sold | -3,000 | $1.3601 |
| 7/13/2023 | Sold | -3,000 | $1.3601 |
| 7/13/2023 | Sold | -3,000 | $1.3601 |
| 7/13/2023 | Sold | -3,000 | $1.3601 |
| 7/13/2023 | Sold | -3,000 | $1.3501 |
| 7/13/2023 | Sold | -3,000 | $1.3501 |
| 7/13/2023 | Sold | -3,000 | $1.3601 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 7/13/2023 | Sold | -5,000 | $1.3607 |
| 7/13/2023 | Sold | -3,000 | $1.3700 |
| 7/14/2023 | Bought | 10,000 | $1.3100 |
| 7/14/2023 | Bought | 2,279 | $1.3100 |
| 7/14/2023 | Bought | 7,721 | $1.3188 |
| 7/14/2023 | Bought | 10,000 | $1.3199 |
| 7/14/2023 | Bought | 7,400 | $1.3199 |
| 7/14/2023 | Bought | 4,000 | $1.3199 |
| 7/17/2023 | Sold | -5,000 | $1.3401 |
| 7/17/2023 | Sold | -2,300 | $1.3907 |
| 7/17/2023 | Sold | -11,500 | $1.3701 |
| 7/17/2023 | Sold | -2,800 | $1.3809 |
| 7/17/2023 | Sold | -400 | $1.3850 |
| 7/17/2023 | Sold | -900 | $1.3802 |
| 7/17/2023 | Sold | -700 | $1.3801 |
| 7/17/2023 | Sold | -700 | $1.3850 |
| 7/17/2023 | Sold | -2,300 | $1.3802 |
| 7/17/2023 | Sold | -2,600 | $1.3810 |
| 7/17/2023 | Sold | -425 | $1.3802 |
| 7/17/2023 | Sold | -457 | $1.3801 |
| 7/17/2023 | Sold | -4,100 | $1.3901 |
| 7/17/2023 | Sold | -4,100 | $1.3901 |
| 7/17/2023 | Sold | -15,000 | $1.4000 |
| 7/17/2023 | Sold | -1,600 | $1.4101 |
| 7/17/2023 | Sold | -400 | $1.4102 |
| 7/17/2023 | Sold | -1,200 | $1.4101 |
| 7/17/2023 | Bought | 4 | $1.3800 |

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____ (the "Effective Date"), by and between Selma Karakaya ("Assignor") and Ilker Karakaya ("Assignee") (collectively, the "Parties").

9/12/2023

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Proterra Inc. securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment. This agreement shall not be revocable, except by written consent of the Parties.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Selma karakaya*
_____
Selma Karakaya

9/12/2023
_____
Date

**ASSIGNEE**:

*Ilker karakaya*
_____
Ilker Karakaya

9/12/2023
_____
Date