# EXHIBIT C

# Financial Interest Analysis

**Company Name:**       Proterra Inc.
**Ticker:**       PTRA
**Class Period:**       August 11, 2021 to August 7, 2023

**Name:**       Melih Karamikoglu & Ilker Karakaya

**Selma Karakaya Individual Account (Assigned to Ilker Karakaya)**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/12/2021 | 8,704 | $11.4887 | -$99,997.2096 | | $0.0000 | -$99,997.21 |
| 8/13/2021 | 4,245 | $10.6000 | -$44,997.0000 | | $0.0000 | -$44,997.00 |
| 8/23/2021 | 10,500 | $9.6128 | -$100,934.1585 | | $0.0000 | -$100,934.16 |
| 8/30/2021 | 4,500 | $10.4500 | -$47,025.0000 | | $0.0000 | -$47,025.00 |
| 8/30/2021 | 51 | $10.3000 | -$525.3000 | | $0.0000 | -$525.30 |
| 11/12/2021 | -3,000 | | $0.0000 | $12.1512 | $36,453.6000 | $36,453.60 |
| 11/16/2021 | -2,500 | | $0.0000 | $12.5300 | $31,325.0000 | $31,325.00 |
| 11/24/2021 | -5,000 | | $0.0000 | $11.0527 | $55,263.5000 | $55,263.50 |
| 11/26/2021 | -17,500 | | $0.0000 | $11.0942 | $194,147.6250 | $194,147.63 |
| 11/30/2021 | 10,000 | $10.9410 | -$109,410.0000 | | $0.0000 | -$109,410.00 |
| 12/6/2021 | 5,000 | $9.3200 | -$46,600.0000 | | $0.0000 | -$46,600.00 |
| 12/6/2021 | 1,000 | $9.1957 | -$9,195.7000 | | $0.0000 | -$9,195.70 |
| 12/6/2021 | 4,000 | $9.1500 | -$36,600.0000 | | $0.0000 | -$36,600.00 |
| 12/6/2021 | 1,000 | $9.1000 | -$9,100.0000 | | $0.0000 | -$9,100.00 |
| 12/6/2021 | 2,000 | $9.3000 | -$18,600.0000 | | $0.0000 | -$18,600.00 |
| 2/24/2022 | -5,000 | | $0.0000 | $7.9734 | $39,867.0800 | $39,867.08 |
| 3/1/2022 | 5,000 | $8.2000 | -$41,000.0000 | | $0.0000 | -$41,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **23,000** | | | | **Subtotal:** | **-$206,927.56** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $1,966.98 |
| | | | $0.0855 | 23,000 | **Total:** | **-$204,960.58** |

**Ilker Karakaya Individual Account**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Opening Position:** | 10,000 | | | | | |

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/6/2022 | 1,000 | $6.8999 | -$6,899.9000 | | $0.0000 | -$6,899.90 |
| 4/6/2022 | 1,000 | $6.8590 | -$6,859.0000 | | $0.0000 | -$6,859.00 |
| 4/6/2022 | 1,000 | $6.8399 | -$6,839.9000 | | $0.0000 | -$6,839.90 |
| 4/6/2022 | 1,000 | $6.8399 | -$6,839.9000 | | $0.0000 | -$6,839.90 |
| 4/6/2022 | 1,000 | $6.8399 | -$6,839.9000 | | $0.0000 | -$6,839.90 |
| 4/6/2022 | 1,000 | $6.8399 | -$6,839.9000 | | $0.0000 | -$6,839.90 |
| 4/6/2022 | 1,000 | $6.8400 | -$6,840.0000 | | $0.0000 | -$6,840.00 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/6/2022 | 1,000 | $6.8299 | -$6,829.9000 | | $0.0000 | -$6,829.90 |
| 4/6/2022 | 1,000 | $6.8287 | -$6,828.7000 | | $0.0000 | -$6,828.70 |
| 4/6/2022 | 1,000 | $6.8399 | -$6,839.9000 | | $0.0000 | -$6,839.90 |
| 4/11/2022 | 10,000 | $6.9000 | -$69,000.0000 | | $0.0000 | -$69,000.00 |
| 4/18/2022 | 1,000 | $6.6494 | -$6,649.4000 | | $0.0000 | -$6,649.40 |
| 4/18/2022 | 1,000 | $6.6499 | -$6,649.9000 | | $0.0000 | -$6,649.90 |
| 4/18/2022 | 3,000 | $6.6499 | -$19,949.7000 | | $0.0000 | -$19,949.70 |
| 4/18/2022 | 1,000 | $6.5999 | -$6,599.9000 | | $0.0000 | -$6,599.90 |
| 4/18/2022 | 3,700 | $6.6000 | -$24,420.0000 | | $0.0000 | -$24,420.00 |
| 4/18/2022 | 300 | $6.5999 | -$1,979.9700 | | $0.0000 | -$1,979.97 |
| 4/19/2022 | 885 | $6.6500 | -$5,885.2500 | | $0.0000 | -$5,885.25 |
| 4/19/2022 | 9,115 | $6.6301 | -$60,433.3615 | | $0.0000 | -$60,433.36 |
| 4/22/2022 | 3,000 | $6.5796 | -$19,738.8000 | | $0.0000 | -$19,738.80 |
| 4/22/2022 | 2,000 | $6.5699 | -$13,139.8000 | | $0.0000 | -$13,139.80 |
| 4/22/2022 | 1,000 | $6.5670 | -$6,567.0000 | | $0.0000 | -$6,567.00 |
| 4/22/2022 | 1,000 | $6.5686 | -$6,568.6000 | | $0.0000 | -$6,568.60 |
| 4/22/2022 | 1,000 | $6.5299 | -$6,529.9000 | | $0.0000 | -$6,529.90 |
| 4/22/2022 | 1,000 | $6.5299 | -$6,529.9000 | | $0.0000 | -$6,529.90 |
| 4/22/2022 | 1,000 | $6.5299 | -$6,529.9000 | | $0.0000 | -$6,529.90 |
| 4/22/2022 | 1,000 | $6.5599 | -$6,559.9000 | | $0.0000 | -$6,559.90 |
| 4/22/2022 | 1,000 | $6.5499 | -$6,549.9000 | | $0.0000 | -$6,549.90 |
| 4/22/2022 | 1,000 | $6.5299 | -$6,529.9000 | | $0.0000 | -$6,529.90 |
| 4/22/2022 | 1,000 | $6.5399 | -$6,539.9000 | | $0.0000 | -$6,539.90 |
| 4/22/2022 | 1,000 | $6.5399 | -$6,539.9000 | | $0.0000 | -$6,539.90 |
| 4/25/2022 | 946 | $6.4900 | -$6,139.5400 | | $0.0000 | -$6,139.54 |
| 4/25/2022 | 14,054 | $6.5000 | -$91,351.0000 | | $0.0000 | -$91,351.00 |
| 5/9/2022 | 1,000 | $5.4299 | -$5,429.9000 | | $0.0000 | -$5,429.90 |
| 5/9/2022 | 2,000 | $5.4299 | -$10,859.8000 | | $0.0000 | -$10,859.80 |
| 5/9/2022 | 1,000 | $5.4299 | -$5,429.9000 | | $0.0000 | -$5,429.90 |
| 5/9/2022 | 1,000 | $5.4287 | -$5,428.7000 | | $0.0000 | -$5,428.70 |
| 5/9/2022 | 1,200 | $5.4295 | -$6,515.4000 | | $0.0000 | -$6,515.40 |
| 5/9/2022 | 1,300 | $5.4299 | -$7,058.8700 | | $0.0000 | -$7,058.87 |
| 5/9/2022 | 1,500 | $5.4199 | -$8,129.8500 | | $0.0000 | -$8,129.85 |
| 5/9/2022 | 200 | $5.4199 | -$1,083.9800 | | $0.0000 | -$1,083.98 |
| 12/14/2022 | 60 | $4.8299 | -$289.7940 | | $0.0000 | -$289.79 |
| 1/6/2023 | 1,000 | $3.6589 | -$3,658.9000 | | $0.0000 | -$3,658.90 |
| 1/6/2023 | 1,000 | $3.6599 | -$3,659.9000 | | $0.0000 | -$3,659.90 |
| 1/6/2023 | 1,000 | $3.6589 | -$3,658.9000 | | $0.0000 | -$3,658.90 |
| 1/6/2023 | 1,000 | $3.6593 | -$3,659.3000 | | $0.0000 | -$3,659.30 |
| 1/6/2023 | 1,000 | $3.6589 | -$3,658.9000 | | $0.0000 | -$3,658.90 |
| 1/6/2023 | 1,000 | $3.6588 | -$3,658.8000 | | $0.0000 | -$3,658.80 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/6/2023 | 1,000 | $3.6599 | -$3,659.9000 | | $0.0000 | -$3,659.90 |
| 1/6/2023 | 1,000 | $3.6600 | -$3,660.0000 | | $0.0000 | -$3,660.00 |
| 1/6/2023 | 2,000 | $3.6600 | -$7,320.0000 | | $0.0000 | -$7,320.00 |
| 3/1/2023 | -400 | | $0.0000 | $4.1000 | $1,640.0000 | $1,640.00 |
| 3/1/2023 | -1,700 | | $0.0000 | $4.0901 | $6,953.1700 | $6,953.17 |
| 3/1/2023 | -1,700 | | $0.0000 | $4.0910 | $6,954.7000 | $6,954.70 |
| 3/1/2023 | -1,700 | | $0.0000 | $4.0901 | $6,953.1700 | $6,953.17 |
| 3/1/2023 | -4,560 | | $0.0000 | $4.0901 | $18,650.8560 | $18,650.86 |
| 5/16/2023 | 8,000 | $1.2185 | -$9,748.0000 | | $0.0000 | -$9,748.00 |
| 5/16/2023 | 2,000 | $1.2199 | -$2,439.8000 | | $0.0000 | -$2,439.80 |
| 5/16/2023 | 1,000 | $1.2199 | -$1,219.9000 | | $0.0000 | -$1,219.90 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **90,200** | | | | **Subtotal:** | **-$524,915.02** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $7,713.98 |
| | | | $0.0855 | 90,200 | **Total:** | **-$517,201.04** |

**Melih Karamikoglu & Ilker Karakaya Joint Account**

**Opening Position:**    20,000

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/5/2021[1] | 100 | $9.5400 | -$954.0000 | | $0.0000 | -$954.00 |
| 10/6/2021[1] | 100 | $9.1099 | -$910.9900 | | $0.0000 | -$910.99 |
| 10/6/2021[1] | 100 | $9.1199 | -$911.9900 | | $0.0000 | -$911.99 |
| 10/6/2021[1] | 100 | $9.1199 | -$911.9900 | | $0.0000 | -$911.99 |
| 10/6/2021[1] | 100 | $9.1000 | -$910.0000 | | $0.0000 | -$910.00 |
| 10/11/2021[1] | 100 | $9.1100 | -$911.0000 | | $0.0000 | -$911.00 |
| 10/11/2021[1] | 100 | $9.1037 | -$910.3700 | | $0.0000 | -$910.37 |
| 10/11/2021[1] | 100 | $9.1082 | -$910.8200 | | $0.0000 | -$910.82 |
| 10/11/2021[1] | 50 | $9.1099 | -$455.4950 | | $0.0000 | -$455.50 |
| 10/18/2021[1] | 150 | $9.5799 | -$1,436.9850 | | $0.0000 | -$1,436.99 |
| 10/21/2021[1] | 100 | $9.6900 | -$969.0000 | | $0.0000 | -$969.00 |
| 10/28/2021[1] | 100 | $10.9800 | -$1,098.0000 | | $0.0000 | -$1,098.00 |
| 10/28/2021[1] | 100 | $10.9700 | -$1,097.0000 | | $0.0000 | -$1,097.00 |
| 10/28/2021[1] | 100 | $10.9799 | -$1,097.9900 | | $0.0000 | -$1,097.99 |
| 10/28/2021[1] | 100 | $10.9684 | -$1,096.8400 | | $0.0000 | -$1,096.84 |
| 10/28/2021[2] | 50 | $11.0000 | -$550.0000 | | $0.0000 | -$550.00 |
| 11/05/2021[2] | 300 | $10.9899 | -$3,296.9700 | | $0.0000 | -$3,296.97 |
| 11/05/2021[2] | 50 | $10.8189 | -$540.9450 | | $0.0000 | -$540.95 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/05/2021[2] | 100 | $10.8399 | -$1,083.9900 | | $0.0000 | -$1,083.99 |
| 12/14/2021[2] | 1,000 | $8.9893 | -$8,989.3000 | | $0.0000 | -$8,989.30 |
| 12/14/2021[2] | 1,000 | $8.9899 | -$8,989.9000 | | $0.0000 | -$8,989.90 |
| 12/14/2021[2] | 1,000 | $8.9799 | -$8,979.9000 | | $0.0000 | -$8,979.90 |
| 12/15/2021[2] | 1,000 | $9.0000 | -$9,000.0000 | | $0.0000 | -$9,000.00 |
| 12/17/2021[2] | 500 | $8.9600 | -$4,480.0000 | | $0.0000 | -$4,480.00 |
| 12/20/2021[1] | 500 | $8.3685 | -$4,184.2500 | | $0.0000 | -$4,184.25 |
| 12/29/2021[1] | 1,000 | $8.7299 | -$8,729.9000 | | $0.0000 | -$8,729.90 |
| 12/29/2021[1] | 1,000 | $8.7599 | -$8,759.9000 | | $0.0000 | -$8,759.90 |
| 12/29/2021[1] | 1,000 | $8.7587 | -$8,758.7000 | | $0.0000 | -$8,758.70 |
| 12/29/2021[1] | 130 | $8.7700 | -$1,140.1000 | | $0.0000 | -$1,140.10 |
| 12/29/2021[1] | 870 | $8.7699 | -$7,629.8130 | | $0.0000 | -$7,629.81 |
| 2/24/2022 | -1,000 | | $0.0000 | $7.7701 | $7,770.1000 | $7,770.10 |
| 2/24/2022 | -1,000 | | $0.0000 | $7.8300 | $7,830.0000 | $7,830.00 |
| 2/24/2022 | -1,000 | | $0.0000 | $7.7000 | $7,700.0000 | $7,700.00 |
| 2/24/2022 | 3,000 | $7.7600 | -$23,280.0000 | | $0.0000 | -$23,280.00 |
| 05/09/2022[3] | 800 | $5.4199 | -$4,335.9200 | | $0.0000 | -$4,335.92 |
| 05/09/2022[3] | 2,000 | $5.4300 | -$10,860.0000 | | $0.0000 | -$10,860.00 |
| 05/09/2022[3] | 1,000 | $5.4414 | -$5,441.4000 | | $0.0000 | -$5,441.40 |
| 05/09/2022[3] | 800 | $5.4401 | -$4,352.0800 | | $0.0000 | -$4,352.08 |
| 05/09/2022[3] | 800 | $5.4303 | -$4,344.2400 | | $0.0000 | -$4,344.24 |
| 1/17/2023 | -1000 | | $0.0000 | $4.9001 | $4,900.1000 | $4,900.10 |
| 1/17/2023 | -24 | | $0.0000 | $4.9050 | $117.7200 | $117.72 |
| 1/17/2023 | -176 | | $0.0000 | $4.9002 | $862.4352 | $862.44 |
| 1/17/2023 | -1800 | | $0.0000 | $4.9001 | $8,820.1800 | $8,820.18 |
| 1/17/2023 | -1000 | | $0.0000 | $4.8801 | $4,880.1000 | $4,880.10 |
| 1/17/2023 | -2000 | | $0.0000 | $4.8850 | $9,770.0000 | $9,770.00 |
| 1/17/2023 | -882 | | $0.0000 | $4.8850 | $4,308.5700 | $4,308.57 |
| 1/17/2023 | -2418 | | $0.0000 | $4.8807 | $11,801.5326 | $11,801.53 |
| 1/17/2023 | -1700 | | $0.0000 | $4.8801 | $8,296.1700 | $8,296.17 |
| 1/17/2023 | -5000 | | $0.0000 | $4.8850 | $24,425.0000 | $24,425.00 |
| 1/17/2023 | -126 | | $0.0000 | $4.8850 | $615.5100 | $615.51 |
| 1/17/2023 | -274 | | $0.0000 | $4.8802 | $1,337.1748 | $1,337.17 |
| 03/16/2023[4] | 500 | $1.3699 | -$684.9500 | | $0.0000 | -$684.95 |
| 03/16/2023[4] | 500 | $1.3699 | -$684.9500 | | $0.0000 | -$684.95 |
| 03/16/2023[4] | 500 | $1.3600 | -$680.0000 | | $0.0000 | -$680.00 |
| 03/16/2023[4] | 500 | $1.4099 | -$704.9500 | | $0.0000 | -$704.95 |
| 03/16/2023[4] | 500 | $1.4050 | -$702.5000 | | $0.0000 | -$702.50 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 03/16/2023[4] | 500 | $1.4082 | -$704.1000 | | $0.0000 | -$704.10 |
| 03/16/2023[4] | 500 | $1.4099 | -$704.9500 | | $0.0000 | -$704.95 |
| 3/16/2023 | 500 | $1.2685 | -$634.2500 | | $0.0000 | -$634.25 |
| 3/16/2023 | 500 | $1.2699 | -$634.9500 | | $0.0000 | -$634.95 |
| 3/16/2023 | 500 | $1.2685 | -$634.2500 | | $0.0000 | -$634.25 |
| 3/16/2023 | 500 | $1.2393 | -$619.6500 | | $0.0000 | -$619.65 |
| 3/16/2023 | 500 | $1.2300 | -$615.0000 | | $0.0000 | -$615.00 |
| 3/16/2023 | 500 | $1.2100 | -$605.0000 | | $0.0000 | -$605.00 |
| 3/16/2023 | 500 | $1.2100 | -$605.0000 | | $0.0000 | -$605.00 |
| 3/16/2023 | 500 | $1.2100 | -$605.0000 | | $0.0000 | -$605.00 |
| 3/16/2023 | 500 | $1.1900 | -$595.0000 | | $0.0000 | -$595.00 |
| 3/16/2023 | 500 | $1.1300 | -$565.0000 | | $0.0000 | -$565.00 |
| 3/16/2023 | 100 | $1.1200 | -$112.0000 | | $0.0000 | -$112.00 |
| 3/16/2023 | 500 | $1.1200 | -$560.0000 | | $0.0000 | -$560.00 |
| 3/16/2023 | 100 | $1.1199 | -$111.9900 | | $0.0000 | -$111.99 |
| 3/16/2023 | 500 | $1.1100 | -$555.0000 | | $0.0000 | -$555.00 |
| 3/16/2023 | 500 | $1.0900 | -$545.0000 | | $0.0000 | -$545.00 |
| 3/16/2023 | 295 | $1.1200 | -$330.4000 | | $0.0000 | -$330.40 |
| 3/16/2023 | 5 | $1.2698 | -$6.3490 | | $0.0000 | -$6.35 |
| 3/16/2023 | 500 | $1.2494 | -$624.7000 | | $0.0000 | -$624.70 |
| 3/16/2023 | 500 | $1.2799 | -$639.9500 | | $0.0000 | -$639.95 |
| 3/16/2023 | 200 | $1.2899 | -$257.9800 | | $0.0000 | -$257.98 |
| 3/16/2023 | 500 | $1.2998 | -$649.9000 | | $0.0000 | -$649.90 |
| 3/16/2023 | 300 | $1.2999 | -$389.9700 | | $0.0000 | -$389.97 |
| 3/16/2023 | 500 | $1.3198 | -$659.9000 | | $0.0000 | -$659.90 |
| 3/16/2023 | 500 | $1.3286 | -$664.3000 | | $0.0000 | -$664.30 |
| 3/16/2023 | 500 | $1.3299 | -$664.9500 | | $0.0000 | -$664.95 |
| 3/16/2023 | 500 | $1.3286 | -$664.3000 | | $0.0000 | -$664.30 |
| 3/16/2023 | 500 | $1.3299 | -$664.9500 | | $0.0000 | -$664.95 |
| 3/16/2023 | 500 | $1.2900 | -$645.0000 | | $0.0000 | -$645.00 |
| 3/16/2023 | 500 | $1.2800 | -$640.0000 | | $0.0000 | -$640.00 |
| 3/16/2023 | 500 | $1.2893 | -$644.6500 | | $0.0000 | -$644.65 |
| 3/16/2023 | 100 | $1.1800 | -$118.0000 | | $0.0000 | -$118.00 |
| 3/16/2023 | 500 | $1.1800 | -$590.0000 | | $0.0000 | -$590.00 |
| 3/16/2023 | 500 | $1.1800 | -$590.0000 | | $0.0000 | -$590.00 |
| 3/16/2023 | 200 | $1.2383 | -$247.6600 | | $0.0000 | -$247.66 |
| 3/16/2023 | 500 | $1.2200 | -$610.0000 | | $0.0000 | -$610.00 |
| 3/16/2023 | 500 | $1.1999 | -$599.9500 | | $0.0000 | -$599.95 |
| 3/16/2023 | 500 | $1.1800 | -$590.0000 | | $0.0000 | -$590.00 |
| 3/16/2023 | 500 | $1.1785 | -$589.2500 | | $0.0000 | -$589.25 |
| 3/16/2023 | 500 | $1.1899 | -$594.9500 | | $0.0000 | -$594.95 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/16/2023 | 500 | $1.2299 | -$614.9500 | | $0.0000 | -$614.95 |
| 3/16/2023 | 500 | $1.2299 | -$614.9500 | | $0.0000 | -$614.95 |
| 3/16/2023 | 500 | $1.2099 | -$604.9500 | | $0.0000 | -$604.95 |
| 3/16/2023 | 500 | $1.2082 | -$604.1000 | | $0.0000 | -$604.10 |
| 3/16/2023 | 500 | $1.1999 | -$599.9500 | | $0.0000 | -$599.95 |
| 3/16/2023 | 500 | $1.1900 | -$595.0000 | | $0.0000 | -$595.00 |
| 3/16/2023 | 500 | $1.1701 | -$585.0500 | | $0.0000 | -$585.05 |
| 3/16/2023 | 500 | $1.1785 | -$589.2500 | | $0.0000 | -$589.25 |
| 3/16/2023 | 500 | $1.1700 | -$585.0000 | | $0.0000 | -$585.00 |
| 3/16/2023 | 500 | $1.1791 | -$589.5500 | | $0.0000 | -$589.55 |
| 3/16/2023 | 500 | $1.1700 | -$585.0000 | | $0.0000 | -$585.00 |
| 3/16/2023 | 500 | $1.1700 | -$585.0000 | | $0.0000 | -$585.00 |
| 3/16/2023 | 500 | $1.1799 | -$589.9500 | | $0.0000 | -$589.95 |
| 3/16/2023 | 500 | $1.1700 | -$585.0000 | | $0.0000 | -$585.00 |
| 3/16/2023 | 1000 | $1.1600 | -$1,160.0000 | | $0.0000 | -$1,160.00 |
| 3/16/2023 | 500 | $1.1782 | -$589.1000 | | $0.0000 | -$589.10 |
| 3/16/2023 | 500 | $1.1700 | -$585.0000 | | $0.0000 | -$585.00 |
| 3/16/2023 | 500 | $1.1700 | -$585.0000 | | $0.0000 | -$585.00 |
| 3/16/2023 | 500 | $1.1799 | -$589.9500 | | $0.0000 | -$589.95 |
| 3/16/2023 | 500 | $1.1793 | -$589.6500 | | $0.0000 | -$589.65 |
| 3/16/2023 | 500 | $1.1700 | -$585.0000 | | $0.0000 | -$585.00 |
| 3/16/2023 | 500 | $1.1799 | -$589.9500 | | $0.0000 | -$589.95 |
| 3/16/2023 | 500 | $1.1799 | -$589.9500 | | $0.0000 | -$589.95 |
| 3/16/2023 | 500 | $1.1799 | -$589.9500 | | $0.0000 | -$589.95 |
| 3/16/2023 | 500 | $1.1793 | -$589.6500 | | $0.0000 | -$589.65 |
| 3/16/2023 | 500 | $1.1700 | -$585.0000 | | $0.0000 | -$585.00 |
| 3/16/2023 | 500 | $1.1600 | -$580.0000 | | $0.0000 | -$580.00 |
| 3/16/2023 | 500 | $1.1684 | -$584.2000 | | $0.0000 | -$584.20 |
| 3/16/2023 | 500 | $1.1696 | -$584.8000 | | $0.0000 | -$584.80 |
| 3/16/2023 | 500 | $1.1684 | -$584.2000 | | $0.0000 | -$584.20 |
| 3/16/2023 | 500 | $1.1799 | -$589.9500 | | $0.0000 | -$589.95 |
| 3/16/2023 | 500 | $1.1799 | -$589.9500 | | $0.0000 | -$589.95 |
| 3/16/2023 | 700 | $1.1798 | -$825.8600 | | $0.0000 | -$825.86 |
| 3/16/2023 | 500 | $1.1799 | -$589.9500 | | $0.0000 | -$589.95 |
| 3/16/2023 | 500 | $1.1799 | -$589.9500 | | $0.0000 | -$589.95 |
| 3/16/2023 | 500 | $1.1782 | -$589.1000 | | $0.0000 | -$589.10 |
| 3/16/2023 | 500 | $1.1799 | -$589.9500 | | $0.0000 | -$589.95 |
| 3/16/2023 | 500 | $1.1792 | -$589.6000 | | $0.0000 | -$589.60 |
| 3/16/2023 | 500 | $1.1799 | -$589.9500 | | $0.0000 | -$589.95 |
| 3/16/2023 | 500 | $1.1600 | -$580.0000 | | $0.0000 | -$580.00 |
| 3/16/2023 | 500 | $1.1699 | -$584.9500 | | $0.0000 | -$584.95 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/16/2023 | 100 | $1.1600 | -$116.0000 | | $0.0000 | -$116.00 |
| 3/16/2023 | 100 | $1.1600 | -$116.0000 | | $0.0000 | -$116.00 |
| 3/16/2023 | 100 | $1.1600 | -$116.0000 | | $0.0000 | -$116.00 |
| 3/16/2023 | 500 | $1.1600 | -$580.0000 | | $0.0000 | -$580.00 |
| 3/16/2023 | 500 | $1.1600 | -$580.0000 | | $0.0000 | -$580.00 |
| 3/16/2023 | 200 | $1.1700 | -$234.0000 | | $0.0000 | -$234.00 |
| 3/17/2023 | 500 | $1.1600 | -$580.0000 | | $0.0000 | -$580.00 |
| 3/17/2023 | 100 | $1.1600 | -$116.0000 | | $0.0000 | -$116.00 |
| 3/17/2023 | 6400 | $1.2097 | -$7,742.0800 | | $0.0000 | -$7,742.08 |
| 5/2/2023 | -3400 | | $0.0000 | $1.2101 | $4,114.3400 | $4,114.34 |
| 5/2/2023 | -3400 | | $0.0000 | $1.2150 | $4,131.0000 | $4,131.00 |
| 5/2/2023 | -5000 | | $0.0000 | $1.2200 | $6,100.0000 | $6,100.00 |
| 5/2/2023 | -7000 | | $0.0000 | $1.2301 | $8,610.7000 | $8,610.70 |
| 5/2/2023 | -12000 | | $0.0000 | $1.2401 | $14,881.2000 | $14,881.20 |
| 5/2/2023 | -2500 | | $0.0000 | $1.2301 | $3,075.2500 | $3,075.25 |
| 5/2/2023 | -1300 | | $0.0000 | $1.2301 | $1,599.1300 | $1,599.13 |
| 5/2/2023 | -1300 | | $0.0000 | $1.2307 | $1,599.9100 | $1,599.91 |
| 5/2/2023 | -2500 | | $0.0000 | $1.2301 | $3,075.2500 | $3,075.25 |
| 5/2/2023 | -2700 | | $0.0000 | $1.2301 | $3,321.2700 | $3,321.27 |
| 5/2/2023 | -2500 | | $0.0000 | $1.2307 | $3,076.7500 | $3,076.75 |
| 5/2/2023 | -2300 | | $0.0000 | $1.2400 | $2,852.0000 | $2,852.00 |
| 5/2/2023 | -4100 | | $0.0000 | $1.2508 | $5,128.2800 | $5,128.28 |
| 5/26/2023 | 9000 | $1.1399 | -$10,259.1000 | | $0.0000 | -$10,259.10 |
| 5/31/2023 | 5000 | $1.0800 | -$5,400.0000 | | $0.0000 | -$5,400.00 |
| 5/31/2023 | 1000 | $1.0800 | -$1,080.0000 | | $0.0000 | -$1,080.00 |
| 6/5/2023 | 5000 | $1.1099 | -$5,549.5000 | | $0.0000 | -$5,549.50 |
| 6/5/2023 | 5000 | $1.1096 | -$5,548.0000 | | $0.0000 | -$5,548.00 |
| 6/5/2023 | 5000 | $1.1099 | -$5,549.5000 | | $0.0000 | -$5,549.50 |
| 6/5/2023 | 4370 | $1.1099 | -$4,850.2630 | | $0.0000 | -$4,850.26 |
| 6/5/2023 | 630 | $1.1090 | -$698.6700 | | $0.0000 | -$698.67 |
| 6/5/2023 | 5000 | $1.1099 | -$5,549.5000 | | $0.0000 | -$5,549.50 |
| 6/23/2023 | 7500 | $1.1199 | -$8,399.2500 | | $0.0000 | -$8,399.25 |
| 6/23/2023 | 5000 | $1.1200 | -$5,600.0000 | | $0.0000 | -$5,600.00 |
| 6/23/2023 | 7500 | $1.1199 | -$8,399.2500 | | $0.0000 | -$8,399.25 |
| 6/23/2023 | 10000 | $1.1200 | -$11,200.0000 | | $0.0000 | -$11,200.00 |
| 6/23/2023 | 1000 | $1.1199 | -$1,119.9000 | | $0.0000 | -$1,119.90 |
| 6/23/2023 | 1000 | $1.1199 | -$1,119.9000 | | $0.0000 | -$1,119.90 |
| 6/23/2023 | 1000 | $1.1150 | -$1,115.0000 | | $0.0000 | -$1,115.00 |
| 6/23/2023 | 500 | $1.1183 | -$559.1500 | | $0.0000 | -$559.15 |
| 6/23/2023 | -500 | | $0.0000 | $1.1200 | $560.0000 | $560.00 |
| 6/23/2023 | -3000 | | $0.0000 | $1.1212 | $3,363.6000 | $3,363.60 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/13/2023 | -1000 | | $0.0000 | $1.3550 | $1,355.0000 | $1,355.00 |
| 7/13/2023 | -2318 | | $0.0000 | $1.3500 | $3,129.3000 | $3,129.30 |
| 7/13/2023 | -1000 | | $0.0000 | $1.3601 | $1,360.1000 | $1,360.10 |
| 7/13/2023 | -1000 | | $0.0000 | $1.3510 | $1,351.0000 | $1,351.00 |
| 7/13/2023 | -2000 | | $0.0000 | $1.3501 | $2,700.2000 | $2,700.20 |
| 7/13/2023 | -2000 | | $0.0000 | $1.3600 | $2,720.0000 | $2,720.00 |
| 7/13/2023 | -3000 | | $0.0000 | $1.3514 | $4,054.2000 | $4,054.20 |
| 7/13/2023 | -3000 | | $0.0000 | $1.3601 | $4,080.3000 | $4,080.30 |
| 7/13/2023 | -3000 | | $0.0000 | $1.3601 | $4,080.3000 | $4,080.30 |
| 7/13/2023 | -3000 | | $0.0000 | $1.3601 | $4,080.3000 | $4,080.30 |
| 7/13/2023 | -3000 | | $0.0000 | $1.3601 | $4,080.3000 | $4,080.30 |
| 7/13/2023 | -3000 | | $0.0000 | $1.3501 | $4,050.3000 | $4,050.30 |
| 7/13/2023 | -3000 | | $0.0000 | $1.3501 | $4,050.3000 | $4,050.30 |
| 7/13/2023 | -3000 | | $0.0000 | $1.3601 | $4,080.3000 | $4,080.30 |
| 7/13/2023 | -5000 | | $0.0000 | $1.3607 | $6,803.5000 | $6,803.50 |
| 7/13/2023 | -3000 | | $0.0000 | $1.3700 | $4,110.0000 | $4,110.00 |
| 7/14/2023 | 10000 | $1.3100 | -$13,100.0000 | | $0.0000 | -$13,100.00 |
| 7/14/2023 | 2279 | $1.3100 | -$2,985.4900 | | $0.0000 | -$2,985.49 |
| 7/14/2023 | 7721 | $1.3188 | -$10,182.4548 | | $0.0000 | -$10,182.45 |
| 7/14/2023 | 10000 | $1.3199 | -$13,199.0000 | | $0.0000 | -$13,199.00 |
| 7/14/2023 | 7400 | $1.3199 | -$9,767.2600 | | $0.0000 | -$9,767.26 |
| 7/14/2023 | 4000 | $1.3199 | -$5,279.6000 | | $0.0000 | -$5,279.60 |
| 7/17/2023 | -5000 | | $0.0000 | $1.3401 | $6,700.5000 | $6,700.50 |
| 7/17/2023 | -2300 | | $0.0000 | $1.3907 | $3,198.6100 | $3,198.61 |
| 7/17/2023 | -11500 | | $0.0000 | $1.3701 | $15,756.1500 | $15,756.15 |
| 7/17/2023 | -2800 | | $0.0000 | $1.3809 | $3,866.5200 | $3,866.52 |
| 7/17/2023 | -400 | | $0.0000 | $1.3850 | $554.0000 | $554.00 |
| 7/17/2023 | -900 | | $0.0000 | $1.3802 | $1,242.1800 | $1,242.18 |
| 7/17/2023 | -700 | | $0.0000 | $1.3801 | $966.0700 | $966.07 |
| 7/17/2023 | -700 | | $0.0000 | $1.3850 | $969.5000 | $969.50 |
| 7/17/2023 | -2300 | | $0.0000 | $1.3802 | $3,174.4600 | $3,174.46 |
| 7/17/2023 | -2600 | | $0.0000 | $1.3810 | $3,590.6000 | $3,590.60 |
| 7/17/2023 | -425 | | $0.0000 | $1.3802 | $586.5850 | $586.59 |
| 7/17/2023 | -457 | | $0.0000 | $1.3801 | $630.7057 | $630.71 |
| 7/17/2023 | -4100 | | $0.0000 | $1.3901 | $5,699.4100 | $5,699.41 |
| 7/17/2023 | -4100 | | $0.0000 | $1.3901 | $5,699.4100 | $5,699.41 |
| 7/17/2023 | -15000 | | $0.0000 | $1.4000 | $21,000.0000 | $21,000.00 |
| 7/17/2023 | -1600 | | $0.0000 | $1.4101 | $2,256.1600 | $2,256.16 |
| 7/17/2023 | -400 | | $0.0000 | $1.4102 | $564.0800 | $564.08 |
| 7/17/2023 | -1200 | | $0.0000 | $1.4101 | $1,692.1200 | $1,692.12 |
| 7/17/2023 | 4 | $1.3800 | -$5.5200 | | $0.0000 | -$5.52 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/8/2023 | -1000 | | $0.0000 | $0.5215 | $521.5000 | $521.50 |
| 8/8/2023 | -100 | | $0.0000 | $0.5176 | $51.7600 | $51.76 |
| 8/8/2023 | -500 | | $0.0000 | $0.5105 | $255.2500 | $255.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **12,004** | | | | **Subtotal:** | **-$45,560.83** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$1,026.59** |
| | | | $0.0855 | 12,004 | **Total:** | **-$44,534.24** |

| | |
|---|---|
| **Combined LIFO Total:** | **-$766,695.86** |

Notes

[1] 6,000 shares originally purchased in the Ilker Karakaya Individual Account and transferred to the Melih Karamikoglu & Ilker Karakaya Joint Account on December 30, 2021.

[2] 5,000 shares originally purchased in the Ilker Karakaya Individual Account and transferred to the Melih Karamikoglu & Ilker Karakaya Joint Account on December 20, 2021.

[3] 5,400 shares originally purchased in the Ilker Karakaya Individual Account and transferred to the Melih Karamikoglu & Ilker Karakaya Joint Account on May 16, 2022.

[4] 3,500 shares originally purchased in the Ilker Karakaya Individual Account and transferred to the Melih Karamikoglu & Ilker Karakaya Joint Account on March 16, 2023.

Sales and transfers of shares purchased prior to the start of the class period have been matched to pre-class period holdings and removed using the Last-In, First-Out principle.

The 90-Day Average Price used in this loss chart is the average closing price between August 8, 2023 and September 11, 2023.

Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.