Melissa A. Fortunato (SBN #319767)
Marion C. Passmore (SBN #228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
        passmore@bespc.com

*Local Counsel for Harold Weber*

[Additional Counsel on Signature Block]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br><br>PROTERRA INC., GARETH T. JOYCE, and KARINA FRANCO PADILLA,<br><br>Defendants. | Case No. 5:23-cv-03519-BLF<br><br>CLASS ACTION<br><br>**NOTICE OF NON-OPPOSITION OF HAROLD WEBER TO COMPETING MOTIONS FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS CHOICE OF LEAD COUNSEL**<br><br>Judge:   Beth Labson Freeman<br>Date:    February 15, 2024<br>Time    9:00 a.m.<br>Crtrm:   3 |

TANYA TIRADO, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PROTERRA INC., GARETH T. JOYCE, KARINA FRANCO PADILLA, and AMY E. ARD,

Defendants.

Case No. 5:23-cv-04528-PCP

NOTICE OF NON-OPPOSITION OF HAROLD WEBER TO COMPETING MOTIONS FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS CHOICE OF LEAD COUNSEL

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, having reviewed the competing motions and supporting papers provided by the other movants seeking consolidation of related actions, appointment as lead plaintiff, and approval of choice of lead counsel, it appears that Harold Weber ("Weber") has not asserted the "largest financial interest" in this action.  Thus, Weber does not oppose the competing motions.  However, in the event that the Court determines the other movants are incapable or inadequate to represent the class in this litigation, Weber remains willing and able to serve as lead plaintiff or as a named class representative.

Dated: September 26, 2023

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ Marion C. Passmore
Melissa A. Fortunato (SBN #319767)
Marion C. Passmore (SBN #228474)
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
           passmore@bespc.com

*Local Counsel for Harold Weber*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: lhasson@bernlieb.com
           seidman@bernlieb.com

*Counsel for Harold Weber*

NOTICE OF NON-OPPOSITION OF HAROLD WEBER TO COMPETING MOTIONS FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS CHOICE OF LEAD COUNSEL

**PROOF OF SERVICE**

I HEREBY CERTIFY that, on September 26, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 26, 2023.

*/s/ Marion C. Passmore*
Marion C. Passmore