United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

JEREMY VILLANUEVA,

       Plaintiff,

    v.

PROTERRA INC., et al.,

       Defendants.

Case No.  23-cv-03519-BLF

**ORDER GRANTING ADMINISTRATIVE MOTION REQUESTING LEAD PLAINTIFF ORDER**

Lead Plaintiff Movant Cyress Jam's unopposed administrative motion requesting a lead plaintiff order or an expedited hearing is GRANTED. ECF No. 50. The hearing on the motions to appoint lead plaintiff, previously scheduled for February 15, 2024, is VACATED and the Court will issue an order expeditiously.

**IT IS SO ORDERED.**

Dated:  October 3, 2023

BETH LABSON FREEMAN
United States District Judge