**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Cyress Jam, individually and*
*on behalf of Star Alliance, LLC, and*
*[Proposed] Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PROTERRA INC., GARETH T. JOYCE, and KARINA FRANCO PADILLA,<br><br>Defendants. | Case No.: 5:23-cv-03519-BLF<br><br>**CYRESS JAM'S NOTICE OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12(b) AND 7-11**<br><br>Judge: Hon. Beth Labson Freeman |
| TANYA TIRADO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PROTERRA INC., GARETH T. JOYCE, KARINA FRANCO PADILLA, and AMY E. ARD,<br><br>Defendants. | Case No.: 5:23-cv-04528-PCP |

Pursuant to Civil Local Rules 3-12 and 7-11, Lead Plaintiff Movant Cyress Jam ("Lead Plaintiff Movant") in the above-captioned securities fraud class action lawsuit styled *Villanueva v. Proterra Inc., et al.*, No. 5:23-cv-03519-BLF, filed July 14, 2023 (the "*Villanueva* Action"), respectfully submits

---

ADMINISTRATIVE MOTION TO RELATE CASES

this administrative motion to deem as "related" the action filed on September 1, 2023, styled *Tirado v. Proterra Inc., et al.*, No. 5:23-cv-04528 (the "*Tirado* Action"). Defendants and Plaintiff Tanya Tirado consent to the motion.

Pursuant to Civil L.R. 3-12(a), "[a]n action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges." The actions pending before this Court present similar factual and legal issues, as they both involve the same subject matter and are based on the same wrongful course of conduct. Each action names as defendants, Proterra Inc. and certain of its officers and/or directors. Because the actions arise from the same facts and circumstances and involve the same subject matter, the same discovery and similar class certification issues will be relevant to all related actions. Given these similarities, the litigation of these cases before different judges would result in the duplication of labor and expense for both parties and the Court.

The interests of judicial economy would be served if the cases are related and conducted before the same judge. It would avoid conflicting rulings on the same or similar issues, and greatly reduce the risk of duplication of effort. Accordingly, Lead Plaintiff Movant respectfully requests that the cases be deemed related and assigned to the Honorable Beth L. Freeman for all purposes. Pursuant to Local Rule 3-12, a copy of this motion and the supporting documents are also being lodged with the judge in the related case as well as served electronically on the parties in that action.

Dated: October 17, 2023                        Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Cyress Jam, individually and on behalf of Star Alliance, LLC, and [Proposed] Lead Counsel for the Class*

2
ADMINISTRATIVE MOTION TO RELATE CASES