Adam M. Apton (SBN 316506)
**LEVI & KORSINSKY, LLP**
aapton@zlk.com
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671

*Attorneys for Cyress Jam, individually and on behalf of Star Alliance, LLC, and [Proposed] Lead Counsel for the Class*

[Additional counsel on signature block]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PROTERRA INC., GARETH T. JOYCE, and KARINA FRANCO PADILLA,<br><br>Defendants. | No. 5:23-cv-03519-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL LOCAL RULES 3-12(b) AND 7-11** |
| TANYA TIRADO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PROTERRA INC., GARETH T. JOYCE, KARINA FRANCO PADILLA, and AMY E. ARD,<br><br>Defendants. | No. 5:23-cv-04528-PCP |

STIPULATION AND [PROPOSED] ORDER
CASE NOS. 5:23-CV-04528-PCP AND 5:23-CV-04528-PCP

Pursuant to Local Rules 3-12 and 7-12, Lead Plaintiff Movant Cyress Jam, individually and on behalf of Star Alliance, LLC (collectively "Movant Jam"), Plaintiff Tanya Tirado ("Tirado" and together with Movant Jam, "Plaintiffs") and Defendants Proterra Inc. ("Proterra"), Gareth T. Joyce, Karina Franco Padilla, and Amy E. Ard (together with Proterra, the "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below [Proposed] Order approving this stipulation.

**WHEREAS**, on July 14, 2023, Plaintiff Jeremy Villanueva filed this securities class action individually, and on behalf of others who purchased or otherwise acquired Proterra securities between August 2, 2022 to March 15, 2023, inclusive, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and SEC Rule 10b-5, promulgated thereunder against Defendants Proterra, Joyce, and Padilla, styled *Villanueva v. Proterra Inc., et al.*, No. 23-cv-03519-BLF (N.D. Cal.) (ECF No. 1) ("*Villanueva* Action");

**WHEREAS**, on September 1, 2023, Plaintiff Tirado filed a substantially similar securities class action individually, and on behalf of others who purchased or otherwise acquired Proterra securities between August 11, 2021 to August 7, 2023, alleging violations of Sections 10(b) and 20(a) of the Exchange Act, and SEC Rule 10b-5, promulgated thereunder was filed against Defendants, styled *Tirado v. Proterra Inc., et al.,* Case No. 3:23-cv-04528 (N.D. Cal.), (ECF No. 1) ("*Tirado* Action");

**WHEREAS**, on September 12, 2023, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and Rule 42(a) of the Federal Rules of Civil Procedure, six motions for consolidation of the *Villanueva* and *Tirado* Actions, appointment as lead plaintiff and approval of lead counsel were filed in the *Villanueva* Action (*Villanueva* Action, ECF Nos. 17, 21, 24, 25, 32, 36) ("Lead Plaintiff Motions");

**WHEREAS**, Movant Cyress Jam's Lead Plaintiff Motion is unopposed; all other movants who filed Lead Plaintiff Motions have either withdrawn their motions or filed notices of non-opposition stating that they do not oppose Movant Cyress Jam's Lead Plaintiff Motion (*see Villanueva* Action, ECF Nos. 42-46);

2

**WHEREAS**, on October 16, 2023, the *Villanueva* court directed Movant Cyress Jam to file a notice of related cases in the *Tirado* Action no later than October 20, 2023 (*Villanueva* Action, ECF No. 54);

**WHEREAS**, Plaintiff Tirado and Defendants do not oppose Movant Cyress Jam's request that the *Tirado* Action be related to the *Villanueva* Action;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that:

1.      Pursuant to Civil L.R. 3-12(a), the *Tirado* and *Villanueva* Actions are hereby considered related. The Court hereby assigns the *Tirado* Action to the Honorable Beth Labson Freeman, the Judge assigned to the *Villanueva* Action.

Dated:  October 18, 2023                 Respectfully submitted,

LEVI & KORSINSKY, LLP                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Adam M. Apton*_____           */s/ Victor L. Hou*_____
Adam M. Apton (SBN 316506)               Jennifer Kennedy Park
1160 Battery Street East, Suite 100      Victor L. Hou
San Francisco, CA 94111                  Jared Gerber
Telephone: (415) 373-1671                One Liberty Plaza
Email: aapton@zlk.com                    New York, New York 10006
                                         Telephone: (212) 225-2000
*Attorneys for Cyress Jam, individually* Fax: (212) 225-3999
*and on behalf of Star Alliance, LLC,*   Emails: jkpark@cgsh.com
*and [Proposed] Lead Counsel for the*    vhou@cgsh.com
*Class*                                  jgerber@cgsh.com

POMERANTZ LLP                            *Attorneys for Defendants Proterra Inc.,*
                                        *Gareth T. Joyce, Karina Franco Padilla,*
*/s/ Jennifer Pafiti*_____      *and Amy E. Ard*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

3

## FILER'S ATTESTATION

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

DATED: October 18, 2023                          /s/ Adam M. Apton___
                                                 Adam M. Apton

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                              UNITED STATES DISTRICT JUDGE

4