Adam M. Apton (SBN 316506)
**LEVI & KORSINSKY, LLP**
aapton@zlk.com
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671

*Attorneys for Cyress Jam, individually and on behalf of Star Alliance, LLC, and [Proposed] Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PROTERRA INC., GARETH T. JOYCE, and KARINA FRANCO PADILLA,<br><br>Defendants. | No. 5:23-cv-03519-BLF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL LOCAL RULES 3-12(b) AND 7-11** |
| TANYA TIRADO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PROTERRA INC., GARETH T. JOYCE, KARINA FRANCO PADILLA, and AMY E. ARD,<br><br>Defendants. | No. 5:23-cv-04528-PCP |

Having considered the papers filed in support of the Motion of Lead Plaintiff Movant Cyress Jam, individually and on behalf of Star Alliance, LLC (collectively "Movant Jam"), to relate the above-captioned cases pursuant to Pursuant to Local Rules 3-12 and 7-12, and for good cause shown, the *Tirado* and *Villanueva* Actions are hereby considered related.

**IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

2