# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JEREMY VILLANUEVA, | Case No. 23-cv-03519-BLF |
| Plaintiff, | |
| v. | |
| PROTERRA INC., et al., | |
| Defendants. | |
| TANYA TIRADO, | Case No. 23-cv-04528-PCP |
| Plaintiff, | |
| v. | **ORDER RELATING CASES** |
| PROTERRA INC., et al., | |
| Defendants. | |

Before the Court is Lead Plaintiff Movant Cyress Jam's unopposed administrative motion to consider whether cases should be related. ECF No. 55. Jam requests that the Court find that a more recently filed securities fraud class action, *Tirado v. Proterra Inc.*, No. 5:23-cv-04528-PCP, be related to this case, *Villanueva v. Proterra Inc.*, No. 5:23-cv-03519-BLF. *Id.* at 2. The Court finds that *Tirado* is related to this case because the two actions involve substantially similar parties, factual and legal issues, and are based on the same allegedly wrongful course of conduct. *See* Civ. L.R. 3-12(a). The Court hereby ORDERS that *Tirado v. Proterra Inc.*, No. 5:23-cv-04528-PCP, is related to *Villanueva v. Proterra Inc.*, No. 5:23-cv-03519-BLF, and *Tirado* will be reassigned to the Court.

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management

United States District Court
Northern District of California

conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by Red. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

**IT IS SO ORDERED.**

Dated:  October 23, 2023

_____

BETH LABSON FREEMAN
United States District Judge