Adam M. Apton (SBN 316506)
**LEVI & KORSINSKY, LLP**
aapton@zlk.com
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671

*Lead Counsel for Plaintiffs and the Class*

[Additional counsel on signature block]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GARETH T. JOYCE, KARINA FRANCO PADILLA, AMY E. ARD, JOHN J. ALLEN, ANDREW J. CEDEROTH, JOHN F. ERHARD, BROOK F. PORTER, JOAN ROBINSON-BERRY, JEANNINE P. SARGENT, CONSTANCE E. SKIDMORE, MICHAEL D. SMITH, DANIEL R. REVERS, MARCO F. GATTI, ARNO HARRIS, JA-CHIN AUDREY LEE, BRIAN GONCHER, and STEVEN BERKENFELD,<br><br>Defendants. | No. 3:23-cv-03519-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER AS MODIFIED GRANTING LEAVE TO AMEND COMPLAINT AND EXTENDING TIME FOR RESPONSE** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs and Defendants (the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below [Proposed] Order approving this stipulation.

**WHEREAS**, on July 14, 2023, Plaintiff Jeremy Villanueva filed this putative securities class action individually, and on behalf of others who purchased or otherwise acquired Proterra securities between August 2, 2022 to March 15, 2023, inclusive, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and SEC Rule 10b-5, promulgated thereunder against Defendants Proterra, Joyce, and Padilla, styled *Villanueva v. Proterra Inc., et al.*, No. 23-cv-03519-BLF (N.D. Cal.) (ECF No. 1) ("*Villanueva* Action");

**WHEREAS**, on September 1, 2023, Plaintiff Tirado filed a substantially similar putative securities class action individually, and on behalf of others who purchased or otherwise acquired Proterra securities between August 11, 2021 to August 7, 2023, alleging violations of Sections 10(b) and 20(a) of the Exchange Act, and SEC Rule 10b-5, promulgated thereunder was filed against Defendants, styled *Tirado v. Proterra Inc., et al.,* Case No. 3:23-cv-04528 (N.D. Cal.), (ECF No. 1) ("*Tirado* Action");

**WHEREAS**, on October 23, 2023, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and Rule 42(a) of the Federal Rules of Civil Procedure, the Court consolidated the *Villanueva* and *Tirado* Actions and appointed Cyress Jam as the Lead Plaintiff (ECF No. 57);

**WHEREAS**, on December 12, 2023, the Parties submitted a Joint Case Management Statement in response to the Order Reassigning Case that proposed a case schedule concerning Plaintiffs' filing of a consolidated complaint and Defendants' response thereto (ECF No. 70);

**WHEREAS**, on December 18, 2023, the Court entered the Case Schedule, which required Plaintiffs to file their consolidated complaint by January 30, 2024, Defendants to respond by February 27, 2024, Plaintiffs to file any opposition to a motion to dismiss by March 19, 2024, and Defendants to file any reply by April 2, 2024 (ECF No. 71);

**WHEREAS**, Plaintiffs filed their consolidated complaint on January 30, 2024 (ECF No. 73);

**WHEREAS**, Plaintiffs' consolidated complaint named additional defendants and contained additional allegations;

**WHEREAS**, counsel for Defendants have agreed to accept service for the newly named defendants;

**WHEREAS**, the Parties seek to revise the current case schedule in order to, among other things, allow the newly named defendants time to review and respond to the allegations and avoid asynchronous responsive briefing;

**WHEREAS**, Plaintiffs also seek to file an amended consolidated complaint to add an additional named plaintiff that Plaintiffs believe may resolve or narrow the issues raised by Defendants when responding to the amended consolidated complaint;

**WHEREAS**, there have not been any prior extensions on the briefing schedule by the Parties;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that:

1.    Plaintiffs shall file their amended consolidated complaint adding the additional named plaintiff by March 1, 2024;

2.    Defendants shall respond to the amended consolidated complaint by April 5, 2024;

3.    If any motion to dismiss is filed, Plaintiffs' opposition is due May 20, 2024 and Defendants' reply is due June 19, 2024.

[*Signature blocks on following page*]

3

Respectfully submitted,

Dated:  February 21, 2024          LEVI & KORSINSKY, LLP

By /s/ *Adam M. Apton*
Adam M. Apton (SBN 316506)
Devyn R. Glass (*pro hac vice* forthcoming)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671
Emails: aapton@zlk.com
dglass@zlk.com

*Lead Counsel for Plaintiffs and the Class*

POMERANTZ LLP
Joshua Silverman
(admitted *pro hac vice*)
Christopher Tourek
(admitted *pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Emails: jbsilverman@pomlaw.com
ctourek@pomlaw.com

*Additional Counsel for Plaintiffs*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein (*pro hac vice* forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Plaintiff Luong Du*

4

Dated:  February 21, 2024

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ Victor L. Hou_____

Jennifer Kennedy Park
Victor L. Hou
Jared Gerber
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
Emails: jkpark@cgsh.com
vhou@cgsh.com
jgerber@cgsh.com

*Attorneys for Defendants Gareth Joyce, Amy Ard, Karina Franco, Joan Robinson-Berry, Brook Porter, Michael Smith, Constance Skidmore, Jeanine Sargent, John Allen, and Andrew Cederoth*

Dated:  February 21, 2024

ROPES & GRAY LLP

/s/ Amy Jane Longo

Amy Jane Longo
Three Embarcadero Center
San Francisco, California  94111-4006
Telephone:  (415) 315 2301
Email:  amy.longo@ropesgray.com

Matthew L. McGinnis (*pro hac vice* forthcoming)
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7567
Email: matthew.mcginnis@ropesgray.com

*Attorneys for Defendants John Erhard, Daniel Revers, Marco Gatti, Arno Harris, Ja-Chin Audrey Lee, Brian Goncher, and Steven Berkenfeld*

5

## FILER'S ATTESTATION

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:  February 21, 2024                     /s/ Adam M. Apton
                                              Adam M. Apton

**PURSUANT TO STIPULATION, IT IS SO ORDERED, except that Defendants' reply shall be due by 6/20/2024.**

Dated: February 22, 2024

_____
UNITED STATES DISTRICT JUDGE

6