UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jeremy Villanueva, et. al.         ,

Plaintiff(s),

v.

Gareth T. Joyce, et. al.         ,

Defendant(s).

Case No. 3:23-cv-03519

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Matthew L. McGinnis , an active member in good standing of the bar of Massachusetts , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: See Attachment A in the above-entitled action. My local co-counsel in this case is Amy Jane Longo , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: CSB # 198304 .

Prudential Tower, 800 Boylston Street,
~~Boston, MA 02199-3600~~
MY ADDRESS OF RECORD

(617) 951-7000
MY TELEPHONE # OF RECORD

matthew.mcginnis@ropesgray.com
MY EMAIL ADDRESS OF RECORD

Three Embarcadero Center
~~San Francisco, CA 94111-4006~~
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 315-6300
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

amy.longo@ropesgray.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 666120 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

*United States District Court*
*Northern District of California*

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __February 29, 2024__                                    __Matthew L. McGinnis_____
                                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Matthew L. McGinnis____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ~~February 29, 2024~~ March 1, 2024

_____
UNITED STATES DISTRICT JUDGE

Updated 11/2021

United States District Court
Northern District of California