# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:23-cv-03519-RFL |
| Plaintiff, | |
| -against- | **[PROPOSED] ORDER TO ENLARGE PAGE LIMIT FOR EACH PARTY'S BRIEFS ON THE PROTERRA DEFENDANTS' MOTION TO DISMISS** |
| GARETH T. JOYCE, KARINA FRANCO PADILLA, AMY E. ARD, JOHN J. ALLEN, ANDREW J. CEDEROTH, JOHN F. ERHARD, BROOK F. PORTER, JOAN ROBINSON-BERRY, JEANNINE P. SARGENT, CONSTANCE E. SKIDMORE, MICHAEL D. SMITH, DANIEL R. REVERS, MARCO F. GATTI, ARNO HARRIS, JA-CHIN AUDREY LEE, BRIAN GONCHER, and STEVEN BERKENFELD, | |
| Defendants. | |

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS that the Proterra Defendants may have up to 25 pages for a consolidated motion to dismiss the second Consolidated Amended Complaint, Plaintiffs may have up to 25 pages for their opposition to the Proterra Defendants' motion, and the Proterra Defendants may have up to 15 pages for a consolidated reply.

**SO ORDERED.**

Dated: April 2, 2024

_____

Hon. Rita F. Lin

1