**CLEARY GOTTLIEB STEEN**
**& HAMILTON LLP**
Jennifer Kennedy Park (SBN 344888)
jkpark@cgsh.com
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: 650-815-4100

Victor L. Hou (Admitted *Pro Hac Vice*)
vhou@cgsh.com
Jared Gerber (Admitted *Pro Hac Vice*)
jgerber@cgsh.com
Sabrina Singer (Admitted *Pro Hac Vice*)
ssinger@cgsh.com
One Liberty Plaza
New York, NY 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Attorneys for Defendants Gareth T. Joyce, Karina*
*Franco Padilla, Amy E. Ard, John J. Allen, Andrew J.*
*Cederoth, Brook F. Porter, Joan Robinson-Berry,*
*Jeannine P. Sargent, Constance E. Skidmore, and*
*Michael D. Smith*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GARETH T. JOYCE, KARINA FRANCO PADILLA, AMY E. ARD, JOHN J. ALLEN, ANDREW J. CEDEROTH, JOHN F. ERHARD, BROOK F. PORTER, JOAN ROBINSON-BERRY, JEANNINE P. SARGENT, CONSTANCE E. SKIDMORE, MICHAEL D. SMITH, DANIEL R. REVERS, MARCO F. GATTI, ARNO HARRIS, JA-CHIN AUDREY LEE, BRIAN GONCHER, and STEVEN BERKENFELD, <br><br> Defendants. | Case No. 3:23-cv-03519-RFL <br><br> **DECLARATION OF JENNIFER KENNEDY PARK IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE IN SUPPORT OF THE PROTERRA DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT** <br><br> Hearing: July 30, 2024 <br> Time: 10:00 am <br> San Francisco, Courtroom 15 <br> Before Hon. Rita. F. Lin |

I, Jennifer Kennedy Park, declare:

1.      I am a partner with the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendants Gareth T. Joyce, Karina Franco Padilla, Amy E. Ard, John J. Allen, Andrew J. Cederoth, Brook F. Porter, Joan Robinson-Berry, Jeannine P. Sargent, Constance E. Skidmore, Michael D. Smith (collectively, the "Proterra Defendants") in this matter. I submit this declaration in support of the Proterra Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference, filed in support of the Proterra Defendants' Motion to Dismiss Plaintiffs' second Amended Consolidated Complaint for Violations of the Federal Securities Laws (ECF No. 83) (the "SAC"). I declare that the following is true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify to the following:

2.      Attached hereto as **Exhibit 1** is a true and correct transcript of Proterra's Q3 2022 earnings call held on November 2, 2022, which is quoted and referenced in paragraphs 221, 313, 315, 317, 319, and 323 of the SAC.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Proterra's FY 2022 10-K, which is quoted and referenced in paragraphs 380, 382-85, and 510-11 of the SAC.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of Proterra's Q1 2023 10-Q, which is quoted and referenced in paragraphs 408, 410-13, and 510-11 of the SAC.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Forms 4 filed by Defendant Joyce during the Class Period, which are referenced in paragraphs 487-89 of the SAC.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the Forms 4 filed by Defendant Padilla during the Class Period, which are referenced in paragraphs 490-92 of the SAC.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of the Form 8-K filed by Proterra on February 24, 2023, which is publicly available at https://content.edgar-online.com/ExternalLink/EDGAR/0001628280-23-005088.html?hash=ec3029e566383333f553a0 b67f82a1a555fdd4fea6f158bcb2cab7f9d46f2d8a&dest=ptra-20230217_htm#ptra-20230217_htm.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of the NT 10-K filed by Proterra on March 2, 2023, which is publicly available at

https://d18rn0p25nwr6d.cloudfront.net/CIK-0001820630/b3235ca5-2411-43b9-b67b-190063138 07d.pdf.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 5th day of April, 2024 at San Francisco, California.

 */s/ Jennifer Kennedy Park*
Jennifer Kennedy Park