# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GARETH T. JOYCE, KARINA FRANCO PADILLA, AMY E. ARD, JOHN J. ALLEN, ANDREW J. CEDEROTH, JOHN F. ERHARD, BROOK F. PORTER, JOAN ROBINSON-BERRY, JEANNINE P. SARGENT, CONSTANCE E. SKIDMORE, MICHAEL D. SMITH, DANIEL R. REVERS, MARCO F. GATTI, ARNO HARRIS, JA-CHIN AUDREY LEE, BRIAN GONCHER, and STEVEN BERKENFELD,<br><br>Defendants. | Case No.: 3:23-cv-03519-RFL<br><br>[PROPOSED] ORDER PERMITTING PLAINTIFFS TO FILE AN OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT |

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS that Plaintiffs may have up to 40 pages for a single, omnibus response in opposition to Defendants' motions to dismiss the Consolidated Amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___April 18, 2024___

_____
HONORABLE RITA F. LIN
UNITED STATES DISTRICT JUDGE