Adam M. Apton (SBN 316506)
**LEVI & KORSINSKY, LLP**
aapton@zlk.com
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671

*Lead Counsel for Plaintiffs and the Class*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JEREMY VILLANUEVA, Individually and on Behalf of All Others Similarly Situated,

    *Plaintiff*,

    v.

GARETH T. JOYCE, KARINA FRANCO PADILLA, et al.,

    *Defendants*.

No. 5:23-cv-03519-EKL

**STIPULATION AND [~~PROPOSED~~] ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS**

Judge: Hon. Eumi K. Lee

**\*\*AS MODIFIED\*\***

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel of record, and an order is requested pursuant to Civil Local Rule 7-12, that the hearing on the Proterra Defendants' and ACTC Director Defendants' (together, "Defendants") motions to dismiss (ECF Nos. 93, 94) be vacated.

In support of this stipulation, the parties state that:

1. On April 5, 2024, Defendants filed their respective motions to dismiss. ECF Nos. 93, 94. Defendants noticed the motions for hearing on July 30, 2024 at 10:00 a.m.

2. On July 17, 2024, in light of the parties' mutual desire to mediate this matter, the parties stipulated and agreed to an abeyance of the motions' hearing date pending the outcome of the then-anticipated mediation. ECF No. 103.

3. On July 18, 2024, the Court granted the request as modified and directed the parties to file a joint status report regarding the outcome of the mediation on or before October 8, 2024. ECF No. 104. The Court further directed that if the matter is not resolved at mediation, Defendants are to re-notice the motions to dismiss for hearing on November 5, 2024.

4. On August 20, 2024, this case was re-assigned to Your Honor. The Clerk of the Court simultaneously directed the parties to file a joint case management statement on or before September 16, 2024. ECF No. 105.

5. On September 11, 2024, the parties jointly requested that the Court adjourn the deadline to file a joint case management statement following a decision on the pending motions to dismiss, if the matter was not resolved following private mediation scheduled for September 26, 2024. ECF No. 106.

6. On September 13, 2024, the Court granted the request as modified and directed the parties to file a joint case management statement, including a status update regarding mediation, by October 8, 2024. ECF No. 107. The Court further directed that a case management conference to discuss the status of the case and the schedule for a motion to dismiss (if necessary) will be held on October 30, 2024, at 1:30 p.m.

7.    On October 8, 2024, the parties filed a joint case management statement, including a status update regarding the outcome of mediation indicating that they participated in private mediation on September 26, 2024, but were unable to reach a resolution. ECF No. 108.

8.    During the case management conference held on October 30, 2024, the Court reset the hearing on Defendants' motions to dismiss for January 15, 2025 at 10:00 a.m.

9.    Following the case management conference, the parties continued to diligently engage in settlement discussions and have tentatively agreed to resolve this matter.

10.    Plaintiffs intend to file their motion for preliminary approval of the settlement no later than December 30, 2024.

11.    Defendants do not oppose Plaintiffs' administrative motion.

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that:

1.    The hearing on Defendants' motions to dismiss, which is currently scheduled for January 15, 2025 at 10:00 a.m., is vacated.

Dated:  November 19, 2024                           Respectfully submitted,

LEVI & KORSINSKY, LLP

*/s/ Adam M. Apton*_____
Adam M. Apton (SBN 316506)
aapton@zlk.com
Devyn R. Glass
dglass@zlk.com
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671

*Lead Counsel for Plaintiffs and the Class*

POMERANTZ LLP
Joshua Silverman
jbsilverman@pomlaw.com
Christopher Tourek
ctourek@pomlaw.com
10 South LaSalle Street, Suite 3505
Chicago, IL 60613
Telephone: 312-377-1181

*Additional Counsel for Plaintiffs*

3

CLEARY GOTTLIEB STEEN & HAMILTON LLP

/s/ *Victor L. Hou*_____
Jennifer Kennedy Park (SBN 344888)
jkpark@cgsh.com
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304

Victor L. Hou (*pro hac vice*)
vhou@cgsh.com
Jared Gerber
jgerber@cgsh.com
Sabrina Singer (*pro hac vice*)
ssinger@cgsh.com
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999

*Attorneys for Defendants Gareth T. Joyce, Karina Franco Padilla, Amy E. Ard, John J. Allen, Andrew J. Cederoth, Brook F. Porter, Joan Robinson-Berry, Jeannine P. Sargent, Constance E. Skidmore, and Michael D. Smith*

ROPES & GRAY LLP

/s/ *Amy Jane Longo*_____
Amy Jane Longo
10250 Constellation Boulevard, 21st Floor
Los Angeles, California 90067
Telephone: (310) 975-3300
Facsimile: (310) 975-3400
amy.longo@ropesgray.com

Matthew L. McGinnis (pro hac vice)
Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
matthew.mcginnis@ropesgray.com

*Attorneys for Defendants John Erhard, Daniel Revers, Marco Gatti, Arno Harris, Ja-Chin Audrey Lee, Brian Goncher, and Steven Berkenfeld*

4

## **FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(h)(3), regarding signatures, I hereby attest that concurrence in the filing of the document has been obtained from all of the signatories above.

DATED: November 19, 2024

*/s/ Adam M. Apton_____*
Adam M. Apton

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  IT IS FURTHER ORDERED:

No later than December 30, 2024, Plaintiffs shall file their motion for preliminary approval or the parties shall file a status report.

Dated: 11/19/2024

_____
Honorable Eumi K. Lee

5