**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Lead Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>     v.<br><br>GARETH T. JOYCE, KARINA FRANCO PADILLA, JOHN J. ALLEN, AMY E. ARD, JOHN F. ERHARD, BROOK F. PORTER, JOAN ROBINSON-BERRY, JEANNINE P. SARGENT, CONSTANCE E. SKIDMORE, MICHAEL D. SMITH, DANIEL R. REVERS, MARCO F. GATTI, ARNO HARRIS, JA-CHIN AUDREY LEE, BRIAN GONCHER, and STEVEN BERKENFELD,<br><br>           Defendants. | No. 5:23-cv-03519-EKL<br><br>**<u>JOINT STATUS REPORT</u>** |

Pursuant to this Court's Order dated November 19, 2024 (ECF No. 111), the Parties jointly report that they are making significant progress finalizing documentation of their proposed settlement. They anticipate executing the Stipulation of Settlement no later than January 3, 2025, and for Lead Plaintiff and additional named Plaintiffs to file for preliminary approval no later than January 7, 2025.

[*Signature blocks on following page*]

1
2   Dated: December 30, 2024
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully Submitted,

LEVI & KORSINSKY, LLP

By: <u>Adam M. Apton</u>
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671
aapton@zlk.com

*Lead Counsel for Plaintiffs and the Class*

---

JOINT STATUS REPORT