Adam M. Apton (SBN 316506)
LEVI & KORSINSKY, LLP
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671
aapton@zlk.com

*Lead Counsel for Plaintiffs and the Class*

[Additional Counsel on Signature Block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE COURTHOUSE**

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GARETH T. JOYCE, KARINA FRANCO PADILLA, JOHN J. ALLEN, AMY E. ARD, JOHN F. ERHARD, BROOK F. PORTER, JOAN ROBINSON-BERRY, JEANNINE P. SARGENT, CONSTANCE E. SKIDMORE, MICHAEL D. SMITH, DANIEL R. REVERS, MARCO F. GATTI, ARNO HARRIS, JA-CHIN AUDREY LEE, BRIAN GONCHER, and STEVEN BERKENFELD,<br><br>Defendants. | No. 5:23-cv-03519-EKL<br><br>CLASS ACTION<br><br>Hon. Eumi K. Lee<br>Courtroom: 7<br>Date: April 2, 2025<br>Time: 10:00 a.m. |

**PLAINTIFFS' REPLY IN FURTHER SUPPORT OF UNOPPOSED MOTION**
**FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Lead Plaintiff Cyress Jam and additional Plaintiffs Jeremy Villanueva, Tanya Tirado, Luong Du, William E. Zinn, and Raymond H. Quick (collectively, "Plaintiffs") submit this reply brief in further support of their Motion for Preliminary Approval of Class Action Settlement, ECF No. 114. Plaintiffs' motion remains unopposed and the time for opposition has lapsed.  Accordingly, Plaintiffs believe it may be appropriate to decide the motion on the papers, unless the Court desires a hearing. *See*, *e.g.*, *In re Wells Fargo & Co. Shareholder Derivative Litig.*, No. 16-CV-05541-JST, 2019 WL 13020734, at *1 (N.D. Cal. May 14, 2019) (granting plaintiffs' unopposed motion for preliminary approval of settlement on the papers); *In re Hewlett-Packard Co. S'holder Derivative Litig.*, No. 3:12-CV-06003-CRB, 2015 WL 1153864, at *5 (N.D. Cal. Mar. 13, 2015) (same); *Kagan v. Wachovia Sec., L.L.C.*, No. 09-5337 SC, 2012 WL 1109987, at *1 (N.D. Cal. Apr. 2, 2012) (same); *see also Khoja v. Orexigen Therapeutics, Inc.*, No. 15-CV-540 JLS (KSC), 2021 WL 1579251, at *1 (S.D. Cal. Apr. 22, 2021) (granting preliminary approval on the papers).

Additionally, with Defendants' consent, Plaintiffs propose minor changes to the longform notice (Exhibit A-1 to Stipulation, ECF No. 113, p. 39) to ensure compliance with Your Honor's Standing Order for Civil Cases ("Standing Order"), Section XI.  The Standing Order indicates that if a proposed notice "requires a written objection as a prerequisite to appearing in court to object to the settlement, the notice must specify that this requirement may be excused upon a showing of good cause" and that the notice indicate that the Court "will require only substantial compliance with the requirements for submitting an objection."  Standing Order, Section XI.A.  The initially proposed longform notice did not include this language, so Plaintiffs have attached hereto as Exhibit A an updated revised longform notice that does include that language.  For convenience, the differences between the initially proposed longform notice and the revised longform notice are set forth in redline in Exhibit A (on pages 11-12).

Dated: January 29, 2025

Respectfully submitted,

LEVI & KORSINSKY, LLP

By:   */s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671
aapton@zlk.com

*Lead Counsel for Plaintiffs
and the Class*

Joshua B. Silverman
Christopher P.T. Tourek
POMERANTZ LLP
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
jbsilverman@pomlaw.com
ctourek@pomlaw.com

*Additional counsel for Plaintiffs
and the Class*

REPLY RE: MOTION FOR PRELIMINARY APPROVAL
CASE NO. 5:23-cv-03519-EKL                2