Adam M. Apton (SBN 316506)
LEVI & KORSINSKY, LLP
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671
aapton@zlk.com

*Lead Counsel for Plaintiffs and the Class*

[Additional Counsel on Signature Block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE COURTHOUSE**

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GARETH T. JOYCE, KARINA FRANCO PADILLA, JOHN J. ALLEN, AMY E. ARD, JOHN F. ERHARD, BROOK F. PORTER, JOAN ROBINSON-BERRY, JEANNINE P. SARGENT, CONSTANCE E. SKIDMORE, MICHAEL D. SMITH, DANIEL R. REVERS, MARCO F. GATTI, ARNO HARRIS, JA-CHIN AUDREY LEE, BRIAN GONCHER, and STEVEN BERKENFELD,<br><br>Defendants. | No. 5:23-cv-03519-EKL<br><br>**JOINT RESPONSE TO ORDER REGARDING PROPOSED SETTLEMENT [118]** |

Lead Plaintiff Cyress Jam and additional Plaintiffs Jeremy Villanueva, Tanya Tirado, Luong Du, William E. Zinn, and Raymond H. Quick (collectively, "Plaintiffs"), together with the consent of Defendants[1], respond to the Court's Order Regarding Proposed Settlement dated March 18, 2025, ECF No. 118 (the "Order"), as follows.

---

[1] "Defendants" refers to Gareth T. Joyce, Karina Franco Padilla, Amy E. Ard, John J. Allen, Andrew J. Cederoth, John F. Erhard, Brook F. Porter, Joan Robinson-Berry, Jeannine P. Sargent, Constance E. Skidmore, Michael D. Smith, Daniel R. Revers, Marco F. Gatti, Arno Harris, Ja-Chin Audrey Lee, Brian Goncher and Steven Berkenfeld.

1.      The Order identified a discrepancy between the proposed long form notice and the postcard notice concerning the average recovery per share. Order at 1:20-27. The long form notice is correct. The average recovery per share is equal to the settlement fund divided by the approximate number of damaged shares. Accordingly, with a settlement fund of $29 million and approximately 140.1 million damaged shares, the average recovery will be $0.207 per share (assuming all shares participate). A revised version of the postcard notice providing the correct average recovery per share is attached hereto as Exhibit A.

2.      The Order directed Plaintiffs to revise the long form notice (Stipulation, Exhibit A-1) by stating that the Court would ultimately approve any proposed *cy pres* recipient. Order at 2:1-7. A revised version of the long form notice containing this language is attached hereto as Exhibit B.

3.      The Order inquired about the bar against distributions of amounts less than $20. Order at 2:8-11. These distribution bars are referred to as *de minimis* distribution bars and are commonly incorporated in plans of allocation because they "reduce the costs associated with printing and mailing checks for de minimis amounts, as well as costly follow-up to ensure those checks have been received and cashed." *Hefler v. Wells Fargo & Co.*, No. 16-cv-05479-JST, 2018 U.S. Dist. LEXIS 213045, at *31 (N.D. Cal. Dec. 17, 2018) (internal quotations omitted). The Ninth Circuit has endorsed the use of *de minimis* distribution bars ranging between $10 and $50. *See In re MGM Mirage Sec. Litig.*, 708 F. App'x 894, 897 (9th Cir. 2017) ("issuing very small checks to class members would cause a disproportionate administrative [] expense to the fund because of the costs of mailing the checks, tracking and accounting for each payment, following up on uncashed checks, and reissuing checks not cashed during their valid periods. The district court properly relied on uncontroverted evidence showing that smaller checks, such as those under $10, in many instances are never cashed.") (collecting cases).

Plaintiffs selected $20 as the cut-off based on other plans of allocation approved within this District. *See*, *e.g.*, *Bernstein v. Ginkgo Bioworks Holdings, Inc.*, No. 4:21-cv-08943-KAW, 2024 U.S. Dist. LEXIS 226169, at *15-16 (N.D. Cal. Dec. 13, 2024) (approving plan of allocation with $20 *de minimis* distribution bar); *Cooper v. Thoratec Corp.*, No. 14-cv-00360-CW, 2019 U.S. Dist. LEXIS

JOINT RESPONSE TO ORDER
Case No. 5:23-cv-03519-EKL                                1

37064, at *12 (N.D. Cal. Mar. 7, 2019) (approving $20 *de minimis* bar and requiring notice to state that smaller claims are "too costly to distribute").

Plaintiffs have not estimated the number of claimants subject to the proposed $20 *de minimis* distribution bar and are unable to do so. Distribution amounts for claimants depend on their recognized losses relative to other authorized and valid claims as well as the overall number of valid claims submitted. Consequently, it is presently impossible to estimate with any certainty the number of claims that will be barred under this provision. This information will be available after the claims administration process is completed and the proposed distribution is presented for court approval.

4.     The Order inquired about the status of the CAFA notices. Order at 2:12-14. According to Defendants' counsel, dissemination of the CAFA notices was completed on January 17, 2025.

5.     The Order proposed revised dates and deadlines for serving notice of the Settlement and subsequent approval proceedings. Order at 2:15-3:3. The Parties will adhere to the revised dates but request one exception. Lead Counsel for Plaintiffs has a family vacation scheduled for the week of August 11, 2025. Provided the Court can accommodate a hearing the following week, the Parties respectfully request that the final approval hearing be held on August 20, 2025 (instead of August 13, 2025).

Dated: March 28, 2025                                         Respectfully submitted,

LEVI & KORSINSKY, LLP

By:     */s/ Adam M. Apton*
        Adam M. Apton (SBN 316506)
        1160 Battery Street East, Suite 100
        San Francisco, CA 94111
        Telephone: (415) 373-1671
        aapton@zlk.com

        *Lead Counsel for Plaintiffs
        and the Class*

        Joshua B. Silverman
        Christopher P.T. Tourek
        POMERANTZ LLP
        10 South La Salle Street, Suite 3505
        Chicago, Illinois 60603
        Telephone: (312) 377-1181

JOINT RESPONSE TO ORDER
Case No. 5:23-cv-03519-EKL                    2

jbsilverman@pomlaw.com
ctourek@pomlaw.com

*Additional counsel for Plaintiffs
and the Class*