# EXHIBIT B

**EXHIBIT A-4**

Villanueva v. Gareth T. Joyce, et al.,
c/o A.B. Data, Ltd.
P.O. Box 173013
Milwaukee, WI 53217

[Postage Prepaid]

### *COURT-ORDERED LEGAL NOTICE*

**Important Notice about a Securities Class Action Settlement.**

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully.**

*Villanueva v. Gareth T. Joyce, et al.*, Case No: 5:23-cv-03519-EKL

Name
Address
City, State
Zip

---

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT www.ProterraSecuritiesSettlement.com FOR MORE INFORMATION.*

There has been a proposed Settlement of claims against Defendants Gareth T. Joyce, Karina Franco Padilla, Amy E. Ard, John J. Allen, Andrew J. Cederoth, John F. Erhard, Brook F. Porter, Joan Robinson-Berry, Jeannine P. Sargent, Constance E. Skidmore, Michael D. Smith, Daniel R. Revers, Marco F. Gatti, Arno Harris, Ja-Chin Audrey Lee, Brian Goncher and Steven Berkenfeld. The Settlement would resolve a lawsuit in which Plaintiffs allege that Defendants disseminated materially false and misleading information to the investing public about issues related to Proterra Inc. ("Proterra")'s core division, Proterra's business plans, and Proterra's financial health, in violation of the federal securities laws. Defendants deny any and all wrongdoing. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired public shares in Proterra (including by exchange of publicly-listed shares in ArcLight Clean Transition Corp.) pursuant and/or traceable to the proxy/registration statement dated May 14, 2021 concerning ArcLight Clean Transition Corp.'s business combination with Proterra, or acquired public shares in Proterra between August 11, 2021 and August 7, 2023, inclusive, and been damaged thereby.

Defendants have agreed to pay a Settlement Amount of $29,000,000. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, a reimbursement award to Plaintiffs, and taxes, is to be divided among all Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Class Members of claims related to this case. **For all details of the Settlement, read the Stipulation and full Notice, available at www.ProterraSecuritiesSettlement.com.**

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your transactions in public shares in Proterra. If every eligible Class Member submits a valid Claim Form, the average recovery will be $0.207 per eligible share before expenses and other Court-ordered deductions. Your award will be your *pro rata* share of the Net Settlement Fund as further explained in the detailed Notice found on the Settlement website.

**To qualify for payment, you must submit a Claim Form**. The Claim Form can be found on the website**www.ProterraSecuritiesSettlement.com**, or will be mailed to you upon request to the Settlement Administrator (866-545-1007). **Claim Forms must be postmarked by _____**. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by _____. The detailed Notice explains how to submit a Claim Form, exclude yourself or object.

The Court will hold a hearing in this case on _____, to consider whether to approve the Settlement and a request by the lawyers representing the Class for up to 25% of the Settlement Fund in attorneys' fees, plus actual expenses incurred up to $275,000  for litigating the case and negotiating the Settlement (together with interest accrued on both amounts), and to consider whether to approve compensatory awards to Plaintiffs. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (866-545-1007) or visit the website **www.ProterraSecuritiesSettlement.com** and read the detailed Notice.