**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
aapton@zlk.com

*Lead Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GARETH T. JOYCE, KARINA FRANCO PADILLA, JOHN J. ALLEN, AMY E. ARD, JOHN F. ERHARD, BROOK F. PORTER, JOAN ROBINSON-BERRY, JEANNINE P. SARGENT, CONSTANCE E. SKIDMORE, MICHAEL D. SMITH, DANIEL R. REVERS, MARCO F. GATTI, ARNO HARRIS, JA-CHIN AUDREY LEE, BRIAN GONCHER, and STEVEN BERKENFELD,<br><br>Defendants. | Case No.: 5:23-cv-03519-EKL<br><br>**SUPPLEMENTAL DECLARATION OF ADAM D. WALTER REGARDING: (A) CONTINUED DISSEMINATION OF THE POSTCARD NOTICE; (B) UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED**<br><br>Date: August 20, 2025<br>Time: 10:00 a.m.<br>Courtroom 7<br>Judge: Hon. Eumi K. Lee |

SUPPLEMENTAL DECLARATION OF ADAM D. WALTER

I, Adam D. Walter, declare and state as follows:

1.      I am a Director at A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. The following statements are based on my personal knowledge and information provided to me by other A.B. Data employees and if called to testify I could and would do so competently.

2.      Pursuant to the Court's April 3, 2025 Preliminary Approval Order, A.B. Data was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.  I oversaw the notice services that A.B. Data provided in accordance with the Preliminary Approval Order.

3.      I submit this Declaration as a supplement to my previously filed declaration, the Declaration of Adam D. Walter Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date, dated May 23, 2025 (Dkt. 121-2) ("Initial Mailing Declaration"). I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**CONTINUED DISSEMINATION OF NOTICE**

4.      Since the execution of the Initial Mailing Declaration, A.B. Data has continued to disseminate notice in response to requests from potential Class Members and Nominees. Through July 15, 2025, A.B. Data has disseminated an aggregate of 20,346 Postcard Notices to potential Class Members and Nominees via First-Class Mail.[1]  Additionally, 44,341 Postcard Notices were sent via email to potential Class Members.

5.      The Notice informed potential Class Members that, if they wished to participate in the Settlement, they must submit a Claim Form and supporting documentation to A.B. Data, either online or postmarked, by August 29, 2025. As of July 15, 2025, A.B. Data has received approximately 892 Claims.

---

[1]      A.B. Data has re-mailed 112 Postcard Notices to persons whose original mailings were returned by the U.S. Postal Service ("USPS") as undeliverable and for whom updated addresses were either provided to A.B. Data by the USPS or obtained by A.B. Data through a third-party vendor.

SUPPLEMENTAL DECLARATION OF ADAM D. WALTER

**UPDATE ON CASE-SPECIFIC TELEPHONE HELPLINE AND WEBSITE**

6.    A.B. Data continues to maintain the case-specific, toll-free telephone number (1-866-545-1007) with interactive voice response system ("IVR") and live operators, along with the case-dedicated email address (info@ProterraSecuritiesSettlement.com), to accommodate inquiries about the Action and the Settlement from potential Class Members. A.B. Data has promptly responded to each telephone and email inquiry and will continue to respond to these inquiries until the conclusion of the administration.

7.    A.B. Data also continues to maintain the dedicated Settlement website, www.ProterraSecuritiesSettlement.com, to further assist potential Class Members. The website includes information regarding the Action and the proposed Settlement, including the objection and claim filing deadlines, and the date and time of the Court's Final Settlement Hearing. Copies of the Notice, Proof of Claim, Stipulation, Preliminary Approval Order, and Motion for Final Approval of Class Action Settlement and Plan of Allocation and Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses are posted on the website and are available for downloading. Potential Class Members can also complete and submit a Proof of Claim through the website.

8.    A.B. Data will continue maintaining and, as appropriate, updating the toll-free telephone number/IVR and Settlement website until the conclusion of the administration.

**REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED**

9.    The Postcard Notice information potential Class Members that written requests for exclusion from the Class must be mailed to *Villanueva v. Gareth T. Joyce, et al.,* EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217, such that they are postmarked no later than July 1, 2025.  As of the date of this declaration, A.B. Data has received no request(s) for exclusion.

10.    According to the Notice, Class Members wishing to object to the Settlement or any of its terms, the proposed Plan of Allocation, the application for attorneys' fees and expenses, or any application of an award to Plaintiffs were required to submit their objection in writing such that the request was received by the Court no later than July 1, 2025. A.B. Data has not received any objections.

SUPPLEMENTAL DECLARATION OF ADAM D. WALTER

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 15th day of July 2025.

_____
Adam D. Walter

SUPPLEMENTAL DECLARATION OF ADAM D. WALTER