UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY VILLANUEVA, et al., | Case No. 23-cv-03519-EKL |
| Plaintiffs, | |
| v. | **ORDER TO FILE PRE-HEARING STATUS REPORT** |
| PROTERRA INC., et al., | Re: Dkt. Nos. 121, 122 |
| Defendants. | |

United States District Court
Northern District of California

On April 3, 2025, the Court preliminarily approved the proposed class action settlement in this securities case. *See* Prelim. Approval Order, ECF No. 120. An in-person fairness hearing is scheduled for August 20, 2025, to address final approval of the settlement and class counsel's motion for attorneys' fees, expenses, and compensatory awards. *See* Mot. for Final Approval, ECF No. 121; Mot. for Award of Attorneys' Fees, ECF No. 122. On July 15, 2025, briefing in support of these motions concluded. The Court did not receive any objection or opposition to either the proposed settlement or the motion for attorneys' fees, expenses, and compensatory awards.

Having reviewed the pending motions, the Court ORDERS as follows:

(1) By August 18, 2025, at 5:00 p.m. PDT, class counsel shall file a status report along with a declaration from the settlement administrator, A.B. Data, Ltd. The status report and declaration shall address the following issues based on the most up-to-date data available.

    a. No exclusion requests were received by the July 1, 2025 deadline to opt out of the settlement. Supp. Walter Decl. ¶ 9, ECF No. 123-1. Confirm that this information is still accurate.

b. As of July 15, 2025, the settlement administrator has received approximately 892 claims. *Id.* ¶ 5. As of the date of the status report:

  i. How many valid claims have been received?

  ii. What is the estimated total compensation for valid claims received to date, assuming all affected Proterra shares elect to participate in the settlement? What is the median compensation amount for these claims?

  iii. How much of the net settlement fund remains ***unclaimed***?

  iv. How many valid claims fall below the $20 *de minimis* threshold required for distribution? *See* Joint Resp. at 1-2, ECF No. 119.

  v. What is the estimated total dollar amount of all *de minimis* claims received to date, if any?

c. How does the claims rate compare to settlements in other securities cases, based on the settlement administrator's experience in similar matters?

d. How many additional claims are expected to be made before the August 29, 2025 claims filing deadline?

e. How many notices were returned as undeliverable for which no updated address or other means of contact was identified? *See* Supp. Walter Decl. ¶ 4 n.1.

f. Does the settlement administrator have any concerns regarding the adequacy of notice or the number of claims received to date?

(2) A representative from the settlement administrator shall attend the August 20 hearing and be prepared to answer questions from the Court regarding the issues above.

**IT IS SO ORDERED.**

Dated: July 16, 2025

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California

2