Matthew J. Dolan (Bar No. 291150)
SIDLEY AUSTIN, LLP
1001 Page Mill Road Building 1
Palo Alto, CA 94304
Tel: (650) 565-7000
mdolan@sidley.com

*Counsel for Anthelion I Prodigy Holdco LP*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE COURTHOUSE**

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GARETH T. JOYCE, KARINA FRANCO PADILLA, JOHN J. ALLEN, AMY E. ARD, JOHN F. ERHARD, BROOK F. PORTER, JOAN ROBINSON-BERRY, JEANNINE P. SARGENT, CONSTANCE E. SKIDMORE, MICHAEL D. SMITH, DANIEL R. REVERS, MARCO F. GATTI, ARNO HARRIS, JA-CHIN AUDREY LEE, BRIAN GONCHER, and STEVEN BERKENFELD, <br><br> Defendants. | Case No.: 5:23-cv-03519-EKL <br><br> **DECLARATION OF EWA KOZICZ RE: BRIEF IN OPPOSITION TO MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS** <br><br> CLASS ACTION <br><br> Judge:  Hon. Eumi K. Lee <br><br> Courtroom:  7 <br> Date:        March 25, 2026 <br> Time:        10:00 a.m. |

**DECLARATION OF EWA KOZICZ**

I, Ewa Kozicz, do hereby declare and state as follows:

1.    I am Co-Head of Anthelion Capital Holdings, which includes Anthelion I Prodigy Holdco LP. In that capacity, I am familiar with Anthelion I Prodigy Holdco LP's investment history with Proterra. Anthelion I Prodigy Holdco LP (hereafter, "Anthelion") was formerly known as CSI I Prodigy Holdco LP. The entities are the same; only the name was changed, from CSI I Prodigy Holdco

- 1 -
DECLARATION OF EWA KOZICZ RE: BRIEF IN OPPOSITION TO MOTION FOR DISTRIBUTION OF SETTLEMENT FUNDS

LP to Anthelion I Prodigy Holdco LP. I have personal knowledge of the matters set forth below and of the relevant facts in the above-captioned matter.

2. As a threshold matter, Anthelion is not a Defendant in the above-captioned matter, a family member of a Defendant, or a trust related to Proterra. Defendants likewise do not have any ownership interest in Anthelion.

3. Anthelion's relationship with Proterra began while Proterra was still a private company. On August 4, 2020 Anthelion (then, CSI I Prodigy Holdco LP) and Anthelion Prodigy Co-Investment LP (then, CSI Prodigy Co-Investment LP) entered into a Note Purchase Agreement (as amended, the Second Lien Convertible Notes Purchase Agreement) with Proterra.

4. Under the Note Purchase Agreement, Proterra issued second lien convertible notes to the Anthelion and Anthelion Prodigy Co-Investment LP, as well as warrants to purchase shares of Proterra stock. At the time, Proterra was not yet publicly traded.

5. The following year, beginning June 15, 2021, Proterra became a publicly traded company, following a "de-SPAC" transaction, where Proterra merged with the public Special Purpose Acquisition Company ("SPAC"), ArcLight Clean Transition Corp. Anthelion did not participate in the PIPE financing associated with that transaction, and did not purchase any securities in connection with the de-SPAC merger.

6. After Proterra became a publicly traded company, Anthelion purchased shares of Proterra common stock on the open market. Between August 11, 2021 and December 2021, Anthelion acquired millions of shares of Proterra's common stock through market purchases. In November 2021, after Proterra had already gone public, Anthelion also exercised previously issued warrants to acquire additional shares of Proterra common stock. A true and correct schedule reflecting Anthelion's purchases and warrant exercises during the relevant period is attached as Attached Exhibit A-1.

7. All of the shares reflected in Attached Exhibit A-1 were purchased or otherwise acquired between August 11, 2021 and August 7, 2023.

- 2 -
DECLARATION OF EWA KOZICZ RE: BRIEF IN OPPOSITION TO MOTION FOR DISTRIBUTION OF SETTLEMENT FUNDS

8.      Although Anthelion held Second Lien Convertible Notes issued by Proterra when it was a private company, those notes were never converted into shares of Proterra capital stock and they stayed outstanding throughout the de-SPAC merger.

9.      On August 7, 2023, Proterra and affiliated entities filed for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. Anthelion and Anthelion PRTA Co-Investment LP served as the plan sponsor in the bankruptcy proceedings. As a result of the proceedings, Anthelion received 100% equity in the reorganized Proterra entities, making it the parent company of those entities. However, the equity that Anthelion acquired under the bankruptcy plan relates solely to post-bankruptcy, reorganized Proterra entities and not to any Proterra entities that existed prior to reorganization and bankruptcy.

10.     In the bankruptcy proceeding, Anthelion operated adversely to Proterra, and acquired the above entities as a result of Anthelion's status as a third-party lender. Anthelion has never received any benefit from the Settlement releases in this matter, nor have any reorganized Proterra entities now controlled by Anthelion.

### CONCLUSION

11.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2026



Signed by:

Ewa Kozicz

B60AB92DE1444A5...

EWA KOZICZ

DECLARATION OF EWA KOZICZ RE: BRIEF IN OPPOSITION TO MOTION FOR DISTRIBUTION OF SETTLEMENT FUNDS

**EXHIBIT A-1**
**SCHEDULE OF QUALIFYING STOCK PURCHASES**

**Exhibit A-1. Schedule of Qualifying Stock Purchases**

| Purchase Method | Trade Date | Quantity | Price Per Share ($) | Total Price ($) |
|---|---|---|---|---|
| Market purchase | 8/20/2021 | 630,000 | 9.3706 | 5,906,651.31 |
| Market purchase | 9/16/2021 | 164,200 | 10.2188 | 1,678,747.96 |
| Market purchase | 9/17/2021 | 215,000 | 10.4779 | 2,253,823.50 |
| Market purchase | 9/20/2021 | 255,123 | 9.9688 | 2,544,545.78 |
| Market purchase | 9/21/2021 | 505,323 | 9.8913 | 5,000,828.01 |
| Market purchase | 9/24/2021 | 263,300 | 10.1411 | 2,671,468.13 |
| Warrant exercise | 11/15/2021[1] | 1,710,951 | 0.02 | 34,219.02 |
| Market purchase | 12/14/2021 | 1,500,000 | 9.1751 | 13,770,150 |
| Market purchase | 12/15/2021 | 2,000,000 | 9.2477 | 18,505,400 |
| Market purchase | 12/16/2021 | 844,000 | 9.1629 | 7,737,707.60 |

---

[1] The Claim Form included a purchase date of December 14, 2021. The date has been updated herein to reflect the accurate warrant exercise date.

DECLARATION OF EWA KOZICZ RE: BRIEF IN OPPOSITION TO MOTION FOR DISTRIBUTION OF SETTLEMENT FUNDS