Matthew J. Dolan (Bar No. 291150)
SIDLEY AUSTIN LLP
1001 Page Mill Road Building 1
Palo Alto, CA 94304
Tel: (650) 565-7000
mdolan@sidley.com

*Counsel for Anthelion I Prodigy Holdco LP*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE COURTHOUSE

| | |
|---|---|
| JEREMY VILLANUEVA, Individually and On Behalf of All Others Similarly Situated, | Case No.: 5:23-cv-03519-EKL |
| Plaintiff, | **ANTHELION I PRODIGY HOLDCO LP'S NOTICE OF WITHDRAWAL OF OPPOSITION TO MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS** |
| vs. | |
| GARETH T. JOYCE, KARINA FRANCO PADILLA, JOHN J. ALLEN, AMY E. ARD, JOHN F. ERHARD, BROOK F. PORTER, JOAN ROBINSON-BERRY, JEANNINE P. SARGENT, CONSTANCE E. SKIDMORE, MICHAEL D. SMITH, DANIEL R. REVERS, MARCO F. GATTI, ARNO HARRIS, JA-CHIN AUDREY LEE, BRIAN GONCHER, and STEVEN BERKENFELD, | CLASS ACTION  Judge: Hon. Eumi K. Lee  Courtroom: 7  Date: March 25, 2026  Time: 10:00 a.m. |
| Defendants. | |

NOTICE OF WITHDRAWAL OF OPPOSITION TO MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Anthelion I Prodigy Holdco LP hereby withdraws its Memorandum of Opposition to Plaintiffs' Motion for Distribution of Class Settlement Funds (ECF. No. 136), which was filed on February 26, 2026.

DATED: March 6, 2026

Respectfully submitted,

/s/ Matthew J. Dolan
Matthew J. Dolan (Bar No. 291150)
SIDLEY AUSTIN LLP
1001 Page Mill Road Building 1
Palo Alto, CA 94304
Tel: (650) 565-7000
mdolan@sidley.com

*Counsel for Anthelion I Prodigy Holdco LP*

- 1 -
NOTICE OF WITHDRAWAL OF OPPOSITION TO MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, I electronically filed the foregoing with the clerk of court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Matthew J. Dolan
*Counsel for Anthelion I Prodigy Holdco LP*

- 2 -

NOTICE OF WITHDRAWAL OF OPPOSITION TO MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS